**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 27, 2026

**G.P. V. AREVALO ET AL**
Case # 2:26−cv−00284−KKE

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature**
The document as filed was not properly signed by . Signatures must be in accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2, and must comply with Section IV(L) of the Electronic Filing Procedures. **Please file a corrected signature page on or by 2/10/2026** by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the original filing.

**Jury Demand Improperly Indicated**
Pursuant to Local Civil Rule 38(b) and in accordance with Federal Rule of Civil Procedure 7, the words JURY DEMAND shall be typed in capital letters on the first page immediately below the name of the pleading, to the right of the name of the case. The Jury Demand request entered by the filer has been removed from the docket until the request is properly submitted. In order to properly advise the Court of this request, counsel must file a separate Jury Demand by going to **Other Documents** and selecting **Jury Demand**.

**Civil Cover Sheet Omitted**
Pursuant to the requirements outlined in Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. This form should be electronically filed as soon as possible by going to **Other Documents** and selecting **Civil Cover Sheet**.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file