**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| **G.P.**, <br> Plaintiff, <br><br> v. <br><br> **JOSE HERNANDEZ AREVALO, et al.**, <br> Defendants. | Case No. 2:26-cv-00284-KKE <br><br> CORRECTED SIGNATURE PAGE TO COMPLAINT (DKT. 1) |

Pursuant to Fed. R. Civ. P. 11 and the Court's Electronic Filing Procedures, undersigned counsel submits this corrected signature page for the Complaint (Dkt. 1).

**DATED this 27th day of January, 2026.**

**RESPECTFULLY SUBMITTED,**

     **ROSSI & CO., P.C.**

     By: /s/Ronald G. Rossi
     Ronald G. Rossi, WSBA No. 54720
     Admitted to Practice: 9th Circuit, U.S. District Court (W.D. Washington)
     616 33rd Ave NW
     Gig Harbor, WA 98335
     Telephone: (303) 222-0300
     Email: rgr@vihc.com

     *Counsel for Plaintiff G.P.*