UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **G.P.**,<br>Plaintiff,<br><br>v.<br><br>**JOSE HERNANDEZ AREVALO, et al.**,<br>Defendants. | Case No. 2:26-cv-00284-KKE<br><br>JURY DEMAND |

Plaintiff G.P. hereby demands a trial by jury on all issues so triable.

**DATED this 27th day of January, 2026.**

**RESPECTFULLY SUBMITTED,**

        **ROSSI & CO., P.C.**

    By: /s/Ronald G. Rossi
    Ronald G. Rossi, WSBA No. 54720
    Admitted to Practice: 9th Circuit, U.S. District Court (W.D. Washington)
    616 33rd Ave NW
    Gig Harbor, WA 98335
    Telephone: (303) 222-0300
    Email: rgr@vihc.com

    *Counsel for Plaintiff G.P.*