THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>G.P., an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO, INC., a Delaware Corporation; META PLATFORMS, INC., a Delaware Corporation; REDDIT, INC., a Delaware Corporation; YOUTUBE, LLC, a Delaware Limited Liability Company; ATLANTA BLACK STAR, INC., a Georgia Corporation; INSIDE EDITION, INC., a New York Corporation; and JOHN DOES 1-10, individuals or entities unknown,<br><br>        Defendants. | No. 2:26-cv-00284-KKE<br><br>**NOTICE OF APPEARANCE** |

**TO:**    All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of the undersigned counsel on behalf of Defendant Reddit, Inc. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(No. 2:26-cv-00284-KKE) –1

Dated: April 13, 2026

By: s/ *Ryan T. Mrazik*

Ryan T. Mrazik, Bar No. 40526
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RMrazik@perkinscoie.com

*Attorney for Defendant Reddit, Inc.*

NOTICE OF APPEARANCE
(No. 2:26-cv-00284-KKE) –2