HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>G.P., an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO, INC., a Delaware Corporation; META PLATFORMS, INC., a Delaware Corporation; REDDIT, INC., a Delaware Corporation; YOUTUBE, LLC, a Delaware Limited Liability Company; ATLANTA BLACK STAR, INC., a Georgia Corporation; INSIDE EDITION, INC., a New York Corporation; and JOHN DOES 1-10, individuals or entities unknown,<br><br>                Defendants. | No. 2:26-cv-00284-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: APRIL 13, 2026 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff G.P. and Defendant Reddit, Inc. ("Defendant" and, together with Plaintiff G.P., "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Defendant's deadline to respond to the Complaint through May 19, 2026. In support of the foregoing request for relief, the Parties state as follows:

1.      On January 25, 2026, Plaintiff filed this action against Defendant. Dkt. 1.

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.      Defendant was served on March 25, 2026.

3.      Defendant's current deadline to respond to the Complaint is April 15, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4.      To permit sufficient time for Defendant to investigate the allegations and for the Parties to engage in preliminary discussions regarding the claims and defenses in this action, the Parties have conferred and agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint through May 19, 2026. Good cause supports the requested extension given the potential for the Parties' preliminary discussions to streamline or resolve the issues in this action, thereby preserving the Parties' resources and promoting judicial economy.

5.      Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending Defendant's deadline to answer or otherwise respond to the Complaint through May 19, 2026.

6.      The Parties have not sought any prior extension of time and the proposed extension will not affect any previously scheduled dates in this matter.

DATED: April 13, 2026

By: *s/ Ryan T. Mrazik*
        Ryan T. Mrazik, Bar No. 40526
        Julie E. Schwartz, Bar No. 57888
        Olive Eisdorfer, Bar No. 63837
        **PERKINS COIE LLP**
        1301 Second Avenue, Suite 4200
        Seattle, Washington 98101-3804
        Telephone: +1.206.359.8000
        Facsimile: +1.206.359.9000
        RMrazik@perkinscoie.com
        JSchwartz@perkinscoie.com
        OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

By: *s/ Ronald G. Rossi*
        Ronald G. Rossi, Bar No. 54720
        Admitted to Practice 9th Circuit, U.S. District
        Court (W.D. Washington), WSBA 52740.
        Colo.BA 10388
        **ROSSI & CO., P.C.**
        616 33rd Ave NW
        Gig Harbor, Washington 98335
        Telephone: +1.303.222.0300
        rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this _____ day of ____, 2026.

_____
HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Ryan T. Mrazik*                          By: *s/ Ronald G. Rossi*
      Ryan T. Mrazik, Bar No. 40526                   Ronald G. Rossi, Bar No. 54720
      Julie E. Schwartz, Bar No. 57888                Admitted to Practice 9th Circuit, U.S. District
      Olive Eisdorfer, Bar No. 63837                  Court (W.D. Washington)
      **PERKINS COIE LLP**                            **ROSSI & CO., P.C.**
      1301 Second Avenue, Suite 4200                  616 33rd Ave NW
      Seattle, Washington 98101-3804                  Gig Harbor, Washington 98335
      Telephone: +1.206.359.8000                      Telephone: +1.303.222.0300
      Facsimile: +1.206.359.9000                      rgr@vihc.com
      RMrazik@perkinscoie.com
      JSchwartz@perkinscoie.com                       *Attorney for Plaintiff*
      OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –3