AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| G.P., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-00284-KKE |
| JOSE HERNANDEZ AREVALO, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant YouTube, LLC                                                                                                    .

Date:      04/13/2026                                           /s/ Jane Yang
                                                                         *Attorney's signature*

                                                            Jane Yang, WSBA No. 64718
                                                            *Printed name and bar number*
                                                     Wilson Sonsini Goodrich & Rosati, P.C.
                                                            701 Fifth Avenue, Suite 5100
                                                                Seattle, WA 98104

                                                                         *Address*

                                                            yang.jane@wsgr.com
                                                                   *E-mail address*

                                                            (206) 883-2500
                                                               *Telephone number*

                                                            (866) 974-7329
                                                                   *FAX number*