THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| G.P., an individual, | CASE NO.:  2:26-cv-00284-KKE |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR YOUTUBE, LLC TO ANSWER COMPLAINT** |
| v. | |
| JOSE HERNANDEZ AREVALO, *et al.*, | NOTE ON MOTION CALENDAR: April 13, 2026 |
| Defendants. | |

Plaintiff G.P. and Defendant YouTube, LLC ("YouTube"), by and through counsel, hereby stipulate that YouTube's deadline to answer the Complaint in the above-referenced action is extended to May 19, 2026.

Dated:  April 13, 2026

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:   */s/ Jane Yang*
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Telephone:  (206) 883-2500
    Email:  yang.jane@wsgr.com

*Counsel for Defendant YouTube, LLC*

ROSSI & CO., P.C.

By: */s/ Ronald G. Rossi*
    616 33rd Avenue NW
    Gig Harbor, WA 98335
    Telephone:  (303) 222-0300
    Email:  rgr@vihc.com

*Counsel for Plaintiff G.P.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND TIME TO ANSWER
COMPLAINT
Case No.:  2:26-cv-00284-KKE

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

IT IS SO ORDERED.

DATED this __ day of April, 2026.

_____
United States District Judge
Kymberly K. Evanson

Presented by:

WILSON SONSINI GOODRICH & ROSATI, P.C.     ROSSI & CO., P.C.

By:  _/s/ Jane Yang_                              By: _/s/ Ronald G. Rossi_
    701 Fifth Avenue, Suite 5100                    616 33rd Avenue NW
    Seattle, WA 98104-7036                          Gig Harbor, WA 98335
    Telephone:  (206) 883-2500                      Telephone:  (303) 222-0300
    Email:  yang.jane@wsgr.com                      Email:  rgr@vihc.com

    *Counsel for Defendant YouTube, LLC*            *Counsel for Plaintiff G.P.*

STIPULATED MOTION AND [PROPOSED]          -2-          **WILSON SONSINI GOODRICH & ROSATI**
ORDER TO EXTEND TIME TO ANSWER                         701 Fifth Avenue, Suite 5100
COMPLAINT                                              Seattle, WA  98104-7036
Case No.:  2:26-cv-00284-KKE                           Tel: (206) 883-2500