THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P., an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>JOSE HERNANDEZ AREVALO, *et al.*,<br><br>       Defendants. | CASE NO.:  2:26-cv-00284-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR YOUTUBE, LLC TO ANSWER COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 13, 2026 |

Plaintiff G.P. and Defendant YouTube, LLC ("YouTube"), by and through counsel, hereby stipulate that YouTube's deadline to answer the Complaint in the above-referenced action is extended to May 19, 2026.

Dated:  April 13, 2026

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:  _/s/ Jane Yang_
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Telephone:  (206) 883-2500
    Email:  yang.jane@wsgr.com

*Counsel for Defendant YouTube, LLC*

ROSSI & CO., P.C.

By:  _/s/ Ronald G. Rossi_
    616 33rd Avenue NW
    Gig Harbor, WA 98335
    Telephone:  (303) 222-0300
    Email:  rgr@vihc.com

*Counsel for Plaintiff G.P.*

IT IS SO ORDERED.

DATED this 14th day of April, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI, P.C.          ROSSI & CO., P.C.

By:    /s/ Jane Yang                                    By:  /s/ Ronald G. Rossi
    701 Fifth Avenue, Suite 5100                   616 33rd Avenue NW
    Seattle, WA 98104-7036                         Gig Harbor, WA 98335
    Telephone:  (206) 883-2500                     Telephone:  (303) 222-0300
    Email:  yang.jane@wsgr.com                     Email:  rgr@vihc.com

    *Counsel for Defendant YouTube, LLC*            *Counsel for Plaintiff G.P.*