HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>G.P., an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO, INC., a Delaware Corporation; META PLATFORMS, INC., a Delaware Corporation; REDDIT, INC., a Delaware Corporation; YOUTUBE, LLC, a Delaware Limited Liability Company; ATLANTA BLACK STAR, INC., a Georgia Corporation; INSIDE EDITION, INC., a New York Corporation; and JOHN DOES 1-10, individuals or entities unknown,<br><br>                Defendants. | No. 2:26-cv-00284-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: APRIL 13, 2026 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff G.P. and Defendant Reddit, Inc. ("Defendant" and, together with Plaintiff G.P., "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Defendant's deadline to respond to the Complaint through May 19, 2026. In support of the foregoing request for relief, the Parties state as follows:

1.    On January 25, 2026, Plaintiff filed this action against Defendant. Dkt. 1.

STIPULATED MOTION AND ORDER TO
EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2.    Defendant was served on March 25, 2026.

3.    Defendant's current deadline to respond to the Complaint is April 15, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4.    To permit sufficient time for Defendant to investigate the allegations and for the Parties to engage in preliminary discussions regarding the claims and defenses in this action, the Parties have conferred and agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint through May 19, 2026. Good cause supports the requested extension given the potential for the Parties' preliminary discussions to streamline or resolve the issues in this action, thereby preserving the Parties' resources and promoting judicial economy.

5.    Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending Defendant's deadline to answer or otherwise respond to the Complaint through May 19, 2026.

6.    The Parties have not sought any prior extension of time and the proposed extension will not affect any previously scheduled dates in this matter.

DATED: April 13, 2026

By: *s/ Ryan T. Mrazik*
      Ryan T. Mrazik, Bar No. 40526
      Julie E. Schwartz, Bar No. 57888
      Olive Eisdorfer, Bar No. 63837
      **PERKINS COIE LLP**
      1301 Second Avenue, Suite 4200
      Seattle, Washington 98101-3804
      Telephone: +1.206.359.8000
      Facsimile: +1.206.359.9000
      RMrazik@perkinscoie.com
      JSchwartz@perkinscoie.com
      OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

By: *s/ Ronald G. Rossi*
      Ronald G. Rossi, Bar No. 54720
      Admitted to Practice 9th Circuit, U.S. District
      Court (W.D. Washington), WSBA 52740.
      Colo.BA 10388
      **ROSSI & CO., P.C.**
      616 33rd Ave NW
      Gig Harbor, Washington 98335
      Telephone: +1.303.222.0300
      rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO
EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –2

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of April, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

By: *s/ Ryan T. Mrazik*
 Ryan T. Mrazik, Bar No. 40526
 Julie E. Schwartz, Bar No. 57888
 Olive Eisdorfer, Bar No. 63837
 **PERKINS COIE LLP**
 1301 Second Avenue, Suite 4200
 Seattle, Washington 98101-3804
 Telephone: +1.206.359.8000
 Facsimile: +1.206.359.9000
 RMrazik@perkinscoie.com
 JSchwartz@perkinscoie.com
 OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

By: *s/ Ronald G. Rossi*
 Ronald G. Rossi, Bar No. 54720
 Admitted to Practice 9th Circuit, U.S. District
 Court (W.D. Washington)
 **ROSSI & CO., P.C.**
 616 33rd Ave NW
 Gig Harbor, Washington 98335
 Telephone: +1.303.222.0300
 rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO
EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –3