The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In the Matter of:

G.P., an individual,

            Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual; TURO,
INC., a Delaware Corporation; META
PLATFORMS, INC., a Delaware Corporation;
REDDIT, INC., a Delaware Corporation;
YOUTUBE, LLC, a Delaware Limited Liability
Company; ATLANTA BLACK STAR, INC., a
Georgia Corporation; INSIDE EDITION, INC., a
New York Corporation; and JOHN DOES 1-10,
individuals ore entities unknown,

            Defendants.

Case No. 2:26-cv-00284-KKE

**NOTICE OF APPEARANCE**

TO:        THE CLERK OF THE COURT

AND TO:    ATTORNEYS OF RECORD

       PLEASE TAKE NOTICE that Aaron P. Brecher hereby appears as counsel for

Defendant Meta Platforms, Inc.—which expressly preserves and does not waive its challenge

to the Court's personal jurisdiction—and requests that all pleadings or papers, except original

process, be made upon the undersigned at the address stated below.

NOTICE OF APPEARANCE:
2:26-cv-00284-KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

Dated: May 6, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Aaron P. Brecher*
Aaron P. Brecher (WSBA No. 47212)
abrecher@orrick.com
401 Union Street, Suite 3300
Seattle, WA  98101
Telephone:  +1 206 839 4300

*Attorneys for Defendant Meta Platforms Inc.*

NOTICE OF APPEARANCE:
2:26-cv-00284-KKE

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300