Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| G.P., | NO. 2:26-cv-00284-KKE |
| Plaintiff, | STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS JOSE AREVALO AND MARICELA JIMENEZ TO ANSWER COMPLAINT |
| v. | |
| JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation, | |
| Defendants. | |

## STIPULATION

Plaintiff G.P. and Defendants Jose Arevalo and Maricela Jimenez, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants Jose Arevalo and Maricela Jimenez were served with the Summons and Complaint in this action on April 19, 2026.

2. Counsel for Defendants Jose Arevalo and Maricela Jimenez has recently appeared in this action and requires additional time to investigate the allegations and prepare a responsive pleading.

3. The other defendants in this action have stipulated to an answer deadline of May 19, 2026, and the parties agree that aligning all defendants on a single answer deadline promotes efficient case management.

1

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

4. Accordingly, the deadline for Defendants Jose Arevalo and Maricela Jimenez to answer or otherwise respond to the Complaint is extended to and including May 19, 2026.

5. In consideration of this extension, Plaintiff agrees that she will not move for, or otherwise seek, entry of default against Defendants Jose Arevalo or Maricela Jimenez based on their failure to answer or otherwise respond to the Complaint at any time prior to May 19, 2026.

6. Nothing in this Stipulation shall be deemed a waiver of any defense available to Defendants under Federal Rule of Civil Procedure 12, other than any defense based on the timeliness of their response under Rule 12(a). No party waives any other right, claim, or defense by entering into this Stipulation.

DATED this 7th day of May, 2026.

ROSSI & CO, P.C.                          ALLEN, HANSEN, MAYBROWN & OFFENBECHER, P.S.

By: s/ Ronald G. Rossi                    By: s/ Todd Maybrown
Ronald G. Rossi                           Todd Maybrown
WSBA 54720                                600 University Street, Suite 3020
Admitted 9th Cir. U.S. Dist. WD WA        Seattle, WA 98101
616 33rd Ave NW                           206-447-9681
Gig Harbor, WA 98335                      todd@ahmlawyers.com
Tel: 303 222 0300                         Counsel for Defendants Arevalo and Jimenez
Email: rgr@vihc.com

2

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1.  The deadline for Defendants Jose Arevalo and Maricela Jimenez to answer or otherwise respond to the Complaint is extended to and including May 19, 2026.

2.  Plaintiff shall not seek entry of default against Defendants Jose Arevalo or Maricela Jimenez prior to May 19, 2026.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

ROSSI & CO., P.C.

By: /s/Ronald G. Rossi
Ronald G. Rossi
Counsel for Plaintiff G.P.

ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.

By: /s/Todd Maybrown
Todd Maybrown
Counsel for Defendants Arevalo and Jimenez

**Allen, Hansen, Maybrown &
Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681