The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF: G.P, an individual,

Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual; TURO,
INC., a Delaware corporation; META
PLATFORMS, INC., a Delaware corporation;
REDDIT, INC., a Delaware corporation;
YOUTUBE, LLC, a Delaware limited liability
company; ATLANTA BLACK STAR, INC., a
Georgia corporation; INSIDE EDITION, INC., a
New York corporation; and JOHN DOES 1-10,
individuals or entities unknown,

Defendant.

Case No. 2:26-cv-00284-KKE

**STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO FILE
REPLY BRIEF IN SUPPORT OF
MOTION TO COMPEL ARBITRATION
AND STAY ACTION**

**NOTE ON MOTION CALENDAR: MAY
8, 2026**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rules 7(d)(1) and 10(g), Plaintiff G.P. ("Plaintiff") and defendant Turo Inc. ("Turo"), by and through their undersigned counsel, hereby move the Court to enter an order extending Turo's deadline to file its reply in support of its Motion to Compel Arbitration and Stay Action, Dkt. # 28 ("Motion to Compel") through May 26, 2026. In support of the foregoing request for relief, the parties state as follows:

1.      On January 25, 2026, Plaintiff filed this lawsuit against Turo and other defendants. (Dkt. # 1.)

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO
FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

2.       On March 24, 2026, Plaintiff served Turo with the Complaint. (Dkt. # 35.)

3.       On April 14, 2026, Turo filed its Motion to Compel and Turo noted it for consideration on May 12, 2026 in accordance with Local Civil Rule 7(d)(4). (Dkt. # 28.)

4.       Pursuant to Local Civil Rule 7(d)(4), Plaintiff's response to Turo's Motion to Compel was due on May 5, 2026, which was 21 days after the filing date of the Motion to Compel, and Turo's reply was due May 12, 2026, the noting date.

5.       On May 7, 2026, Plaintiff filed her response to the Motion to Compel. (Dkt. # 44.)

6.       On May 8, 2026, Turo's counsel conferred with Plaintiff's counsel about this requested extension. Plaintiff agreed to Turo's request for a two-week extension of its deadline to file its reply brief, which is an extension to May 26, 2026.

7.       In exchange for Plaintiff's agreement to extend Turo's reply deadline to May 26, 2026, Turo agrees that it will not move to strike based on timeliness, or otherwise challenge the timeliness of, Plaintiff's response which was filed on May 7, 2026.

8.       Good cause exists to grant the extension because Turo needs additional time to fully review, investigate, and respond to the arguments in Plaintiff's response. This request is not being made for purposes of delay or any improper reason. This is the first request to extend the deadline for Turo to file its reply brief.

9.       Nothing in this Stipulation shall be deemed a waiver of any defense available to Turo or its right to seek to arbitrate Plaintiff's claims. No party waives any other right, claim, or defense by entering into this Stipulation.

SO STIPULATED this 8th day of May, 2026.

ROSSI & CO, P.C.

By: *s/Ronald Rossi*
   Ronald G. Rossi, WSBA No. 54720
   616 33rd Ave NW
   Gig Harbor, WA 98335
   Tel: 303.222.0300
   Email: rgr@vihc.com
   *Of Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

By:   *s/Kristin Asai*
   Kristin Asai, WSBA No. 49511
   kristin.asai@hklaw.com
   601 SW Second Avenue, Suite 1800
   Portland, OR 97204
   Telephone: 503.243.2300
   *Of Attorneys for Defendant Turo Inc.*

**ORDER**

Based on the above Stipulation and good cause shown, the deadline for Turo to file its reply brief in support of its Motion to Compel Arbitration and Stay Action is extended to May 26, 2026. The Clerk is directed to re-note the motion accordingly.

IT IS SO ORDERED.

Dated this 11th day of May, 2026.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

ROSSI & CO, P.C.                                HOLLAND & KNIGHT LLP

By: *s/Ronald Rossi*                     By:    *s/Kristin Asai*
    Ronald G. Rossi, WSBA No. 54720           Kristin Asai, WSBA No. 49511
    616 33rd Ave NW                           kristin.asai@hklaw.com
    Gig Harbor, WA 98335                      601 SW Second Avenue, Suite 1800
    Tel: 303.222.0300                         Portland, OR 97204
    Email: rgr@vihc.com                       Telephone: 503.243.2300
    *Of Attorneys for Plaintiff*              *Of Attorneys for Defendant Turo Inc.*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO
FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 3

CERTIFICATE OF SERVICE – 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300