THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P., an individual, | CASE NO.: 2:26-cv-00284-KKE |
| Plaintiff, | **SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME FOR YOUTUBE, LLC TO ANSWER COMPLAINT** |
| v. | |
| JOSE HERNANDEZ AREVALO, *et al.*, | NOTE ON MOTION CALENDAR: May 13, 2026 |
| Defendants. | |

Plaintiff G.P. and Defendant YouTube, LLC ("YouTube"), by and through counsel, hereby stipulate that YouTube's deadline to answer the Complaint in the above-referenced action is extended to June 18, 2026. The Court previously granted a stipulation to extend the deadline from April 14, 2026, to May 19, 2026. Dkt. 30. Good cause supports the requested extension, as the Parties intend to use the extension to continue to streamline or explore resolution of the issues in this matter, thus preserving the Parties' resources and promoting judicial economy.

//

//

//

//

//

//

SECOND STIPULATED MOTION AND ORDER
TO EXTEND TIME TO ANSWER COMPLAINT
2:26-cv-00284-KKE

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

Dated:  May 13, 2026

WILSON SONSINI GOODRICH & ROSATI, P.C.      ROSSI & CO., P.C.

By:    */s/ Jane Yang*                                   By:    */s/ Ronald G. Rossi*
        701 Fifth Avenue, Suite 5100                       616 33rd Avenue NW
        Seattle, WA 98104-7036                             Gig Harbor, WA 98335
        Telephone:  (206) 883-2500                       Telephone:  (303) 222-0300
        Email:  yang.jane@wsgr.com                       Email:  rgr@vihc.com

        Benjamin Margo (*pro hac vice*)                   *Counsel for Plaintiff G.P.*
        31 West 52nd Street, Fifth Floor
        New York, New York 10019-6118
        Telephone: (212) 497-7732
        Email: bmargo@wsgr.com

        *Counsel for Defendant YouTube, LLC*

SECOND STIPULATED MOTION AND ORDER    -2-
TO EXTEND TIME TO ANSWER COMPLAINT
2:26-cv-00284-KKE

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of May, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

*Presented by:*

WILSON SONSINI GOODRICH & ROSATI, P.C.          ROSSI & CO., P.C.

By:    */s/ Jane Yang*                                                      By:    */s/ Ronald G. Rossi*
     701 Fifth Avenue, Suite 5100                               616 33rd Avenue NW
     Seattle, WA 98104-7036                                         Gig Harbor, WA 98335
     Telephone:  (206) 883-2500                                    Telephone:  (303) 222-0300
     Email:  yang.jane@wsgr.com                                   Email:  rgr@vihc.com

     Benjamin Margo (*pro hac vice*)                         *Counsel for Plaintiff G.P.*
     31 West 52nd Street, Fifth Floor
     New York, New York 10019-6118
     Telephone: (212) 497-7732
     Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

SECOND STIPULATED MOTION AND ORDER                    -3-
TO EXTEND TIME TO ANSWER COMPLAINT
2:26-cv-00284-KKE