Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

G.P.,

Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation,

Defendants.

No. 2:26-cv-00284-KKE

NOTICE OF APPEARANCE FOR DEFENDANTS JOSE AREVALO AND MARICELA JIMENEZ

Keller Rohrback, L.L.P.., hereby appear in the above-entitled cause on behalf of Defendants Jose Hernandez Arevalo and Maricela Jimenez, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE FOR DEFENDANTS JOSE AREVALO AND MARICELA JIMENEZ - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

RESPECTFULLY SUBMITTED this 18th day of May, 2026.

KELLER ROHRBACK L.L.P.


By *s/Perry N. Maybrown*
　　Perry N. Maybrown, WSBA #61550
　　1201 Third Avenue, Suite 3400
　　Seattle WA 98101
　　206.623.1900
　　pmaybrown@kellerrohrback.com
*Attorney for Defendants Arvelo and Jimenez*

NOTICE OF APPEARANCE FOR DEFENDANTS JOSE AREVALO
AND MARICELA JIMENEZ - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the below date, I caused to be served via email, a true and correct copy of this document to:

| | |
|---|---|
| Rossi & Co., P.C.<br>Ronald G. Rossi, WSBA No. 54720<br>rgr@vihc.com<br>(303) 222-0300<br>616 33rd Avenue NW<br>Gig Harbor, WA 98335<br>*Attorneys for Plaintiff G.P.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| ALLEN, HANSEN, MAYBROWN &<br>OFFENBECHER, P.S.<br>Todd Maybrown, WSBA No. 18557<br>Todd@ahmlawyers.com<br>(206) 447-9681<br>600 University Street, Suite 3020<br>Seattle, WA  98101<br>*Attorneys for Defenfants Arevalo and Jimenez* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |

DATED this 18th day of May, 2026 at Seattle, Washington.

KELLER ROHRBACK L.L.P.

*s/ Shawna Murray*
Shawna Murray, Legal Assistant
smurray@kellerrohrback.com

NOTICE OF APPEARANCE FOR DEFENDANTS JOSE AREVALO
AND MARICELA JIMENEZ - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384