Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P.,

      Plaintiff,

    v.

JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation,

      Defendants.

NO.  2:26-cv-00284-KKE

NOTICE OF APPEARANCE FOR DEFENDANTS JOSE AREVALO AND MARICELA JIMENEZ

Laura Shaver of Law Office of Laura Shaver hereby appear in the above-entitled cause on behalf of Defendants Jose Hernandez Arevalo and Maricela Jimenez, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

RESPECTFULLY SUBMITTED this 13th day of May, 2026.

_____
Laura Shaver, WSBA NO. 44087
laura@laurashaverlaw.com

*NOTICE OF APPEARANCE – 1*
*(U.S. v. Arevalo, et al., No. 2:26-cv-00284-KKE)*

**Law Office of Laura Shaver**
3120 Broadway
Everett, Washington 98201
(425) 595-6130

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Federal Way, Washington this 13th day of May, 2026.

By: */s/ Sarah Conger*
Sarah Conger, Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA  98101
206-447-9681

NOTICE OF APPEARANCE – 2
*(U.S. v. Arevalo, et al., No. 2:26-cv-00284-KKE)*

**Law Office of Laura Shaver**
3120 Broadway
Everett, Washington 98201
(425) 595-6130