UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P.,

                  Plaintiff(s),

    v.

JOSE HERNANDEZ AREVALO,

                  Defendant(s).

CASE NO. C26-284-KKE

ORDER TO SHOW CAUSE WHY
DEFENDANTS INSIDE EDITION INC.
AND ATLANTA BLACK STAR INC.
SHOULD NOT BE DISMISSED AND
TERMINATING MOTION TO DISMISS

This matter comes before the Court on its own motion. Plaintiff, G.P., filed this action on January 25, 2026, naming eight defendants and additional unnamed Jane Doe defendants. Dkt. No. 1. All but two named defendants have now appeared.

G.P. filed an affidavit of service indicating that Defendant Inside Edition Inc. was served on April 23, 2026. Dkt. No. 38. More than 21 days have since passed, and Inside Edition has not appeared, answered, or otherwise responded to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Although the time for Inside Edition to appear has passed, G.P. has not moved for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

G.P. has not filed any proof of service indicating she served Defendant Atlanta Black Star Inc. Atlanta Black Star has also not appeared or responded to the complaint. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed,

ORDER TO SHOW CAUSE WHY DEFENDANTS INSIDE EDITION INC. AND ATLANTA BLACK STAR INC. SHOULD NOT BE DISMISSED AND TERMINATING MOTION TO DISMISS - 1

the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time."

Accordingly, G.P. is ORDERED to show cause no later than June 4, 2026, why her claims against Inside Edition and Atlanta Black Star should not be dismissed for failure to prosecute.

Finally, G.P. filed an Amended Complaint on May 18, 2026. Dkt. No. 59. Because the Amended Complaint supersedes the original, the motion to dismiss the original Complaint filed by Defendant Meta Platforms Inc. (Dkt. No. 41) is moot. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir.1997) (holding that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent" (citation omitted)). The Clerk is therefore DIRECTED to terminate Meta's motion.

Dated this 28th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE WHY DEFENDANTS INSIDE EDITION INC. AND ATLANTA BLACK STAR
INC. SHOULD NOT BE DISMISSED AND TERMINATING MOTION TO DISMISS - 2