The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

G.P.,

                              Plaintiff,

        v.

JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation, ,

                              Defendants.

No. 2:26-cv-00284-KKE

DEFENDANTS' JOSE HERNANDEZ AREVALO AND MARICELA JIMENEZ NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED BY PSEUDONYM

        Pursuant to the Court's Order, Dkt. # 11, defendants Jose Hernandez Arevalo ("Arevalo") and Maricela Jimenez ("Jimenez"), by and through their undersigned counsel, hereby give notice that they do not oppose plaintiff G.P.'s motion to proceed under a pseudonym. With this notice, Arevalo and Jimenez expressly do not waive any defenses or objections.

DEFENDANTS' JOSE HERNANDEZ AREVALO AND MARICELA JIMENEZ NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED BY PSEUDONYM- 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 28th day of May, 2026.

KELLER ROHRBACK L.L.P.

By: */s/ Perry Maybrown*
Perry Maybrown, WSBA #61550
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: pmaybrown@kellerrohrback.com
*Attorney for Defendants Arvelo and Jimenez*

ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.

By: */s/ Todd Maybrown*
Todd Maybrown, WSBA No. 18557
600 University Street, Suite 3020
Seattle, WA  98101
Telephone: (206) 447-9681
Email: Todd@ahmlawyers.com
*Attorneys for Defenfants Arevalo and Jimenez*
LAW OFFICE OF LAURA SHAVER

By: */s/ Laura Shaver*
Laura Shaver, WSBA No. 44087
3120 Broadway
Everett, WA 98201
Telephone: (425) 595-6130
Facsimile: (425) 595-3167
Email: laura@laurashaverlaw.com
*Attorneys for Defenfants Arevalo and Jimenez*

DEFENDANTS' JOSE HERNANDEZ AREVALO AND MARICELA
JIMENEZ NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION TO PROCEED BY PSEUDONYM- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the below date, I caused to be served via email, a true and correct copy of this document to:

| | |
|---|---|
| Rossi & Co., P.C.<br>Ronald G. Rossi, WSBA No. 54720<br>rgr@vihc.com<br>(303) 222-0300<br>616 33rd Avenue NW<br>Gig Harbor, WA 98335<br>*Attorneys for Plaintiff G.P.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| ALLEN, HANSEN, MAYBROWN &<br>OFFENBECHER, P.S.<br>Todd Maybrown, WSBA No. 18557<br>Todd@ahmlawyers.com<br>(206) 447-9681<br>600 University Street, Suite 3020<br>Seattle, WA 98101<br>*Attorneys for Defendants Arevalo and Jimenez* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| PERKINS COIE, LLP<br>Ryan T. Mrazik, Bar No. 40526<br>Julie E. Schwartz, Bar No. 57888<br>Olive Eisdorfer, Bar No. 63837<br>RMrazik@perkinscoie.com<br>JSchwartz@perkinscoie.com<br>oeisdorfer@perkinscoie.com<br>(206) 359-8000<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3804<br>*Attorneys for Defendants Reddit, inc.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>Jane Yang, WSBA No. 64718<br>yang.jane@wsgr.com<br>(206) 883-2500<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>*Attorneys for Defendants Arevalo and Jimenez* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |

DEFENDANTS' JOSE HERNANDEZ AREVALO AND MARICELA JIMENEZ NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED BY PSEUDONYM- 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Kristin Asai, WSBA No. 49511<br>kristin.asai@hklaw.com<br>(503) 243-2300<br>601 SW Second Avenue, Suite 1800<br>Portland, OR 97204<br>*Attorneys for Defendant Turo, Inc.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Aaron P. Brecher (WSBA No. 47212)<br>abrecher@orrick.com<br>(206) 839-4300<br>401 Union Street, Suite 3300<br>Seattle, WA 98101<br>*Attorneys for Defendant Meta Platforms, Inc.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |
| LAW OFFICE OF LAURA SHAVER<br>Laura Shaver  WSBA No. 44087<br>laura@laurashaverlaw.com<br>(425) 595-6130<br>3120 Broadway<br>Everett, WA 98201<br>*Attorneys for Defendant Meta Platforms, Inc.* | ☐ Via Hand Delivery<br>☐ Via U.S. First Class Mail<br>☒ Via Court Filing e-service<br>☒ Via E-mail |

DATED this 28th day of May, 2026 at Seattle, Washington.

KELLER ROHRBACK L.L.P.

*s/ Shawna Murray*
Shawna Murray, Legal Assistant
smurray@kellerrohrback.com

4924-0075-1536, v. 1

DEFENDANTS' JOSE HERNANDEZ AREVALO AND MARICELA
JIMENEZ NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION TO PROCEED BY PSEUDONYM- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384