The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF: G.P, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS, INC., a Delaware corporation; REDDIT, INC., a Delaware corporation; YOUTUBE, LLC, a Delaware limited liability company; ATLANTA BLACK STAR, INC., a Georgia corporation; INSIDE EDITION, INC., a New York corporation; and JOHN DOES 1-10, individuals or entities unknown,<br><br>Defendant. | Case No. 2:26-cv-00284-KKE<br><br>**PROPOSED ORDER GRANTING DEFENDANT TURO INC.'S MOTION TO STRIKE**<br><br>**NOTE ON MOTION CALENDAR: JUNE 23, 2026** |

Before the Court is Defendant Turo Inc.'s ("Turo") Motion to Strike.

After considering Turo's Motion to Strike, plaintiff G.P.'s response, and Turo's reply, together with the other pleadings and filing on the record, the Court GRANTS Turo's motion.

PROPOSED ORDER GRANTING DEFENDANT TURO INC.'S
MOTION TO STRIKE (CASE NO. 2:26-CV-00284-KKE) - 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Dated this _____ day of _____, 2026.

_____
KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Submitted By:

HOLLAND & KNIGHT LLP


*s/Kristin Asai*_____
Kristin Asai, WSBA No. 49511
E-mail: kristin.asai@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Of Attorneys for Defendant Turo Inc.*

PROPOSED ORDER GRANTING DEFENDANT TURO INC.'S
MOTION TO STRIKE (CASE NO. 2:26-CV-00284-KKE) - 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300