THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF:

G.P., an individual,

    Plaintiff,

  v.

JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO, INC., a Delaware Corporation; META PLATFORMS, INC., a Delaware Corporation; REDDIT, INC., a Delaware Corporation; YOUTUBE, LLC, a Delaware Limited Liability Company; ATLANTA BLACK STAR, INC., a Georgia Corporation; INSIDE EDITION, INC., a New York Corporation; and JOHN DOES 1-10, individuals or entities unknown,

    Defendants.

No. 2:26-cv-00284-KKE

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE**

NOTE ON MOTION CALENDAR: JUNE 2, 2026

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiff G.P. and Defendant Reddit, Inc. ("Reddit" and, together with Plaintiff G.P., "the Parties"), by and through their respective attorneys, hereby move the Court to enter an order extending Reddit's deadline to respond to the Amended Complaint by twenty-one (21) days. In support of the foregoing request for relief, the Parties state as follows:

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1. On May 19, 2026, Plaintiff filed an Amended Complaint. Dkt. No. 59.

2. Reddit's current deadline to respond to the Amended Complaint is June 2, 2026. Fed. R. Civ. P. 15(a)(3).

3. To permit sufficient time for Reddit to investigate the allegations and for the Parties to engage in preliminary discussions regarding the claims and defenses in this action, the Parties have conferred and agreed to extend the deadline for Reddit to answer or otherwise respond to the Amended Complaint by twenty-one (21) days, i.e., through June 23, 2026. Good cause supports the requested extension given the potential for the Parties' preliminary discussions to streamline or resolve the issues in this action, thereby preserving the Parties' resources and promoting judicial economy.

4. Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending Reddit's deadline to answer or otherwise respond to the Amended Complaint through June 23, 2026.

5. The proposed extension will not affect any previously scheduled dates in this matter.

DATED: June 2, 2026

By: *s/Julie E. Schwartz*
Julie E. Schwartz, Bar No. 57888
Ryan T. Mrazik, Bar No. 40526
Olive Eisdorfer, Bar No. 63837
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RMrazik@perkinscoie.com
JSchwartz@perkinscoie.com
OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

By: *s/Ronald G. Rossi*
Ronald G. Rossi, WSBA No. 54720
**ROSSI & CO., P.C.**
616 33rd Ave NW
Gig Harbor, Washington 98335
Telephone: +1.303.222.0300
rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this _____ day of ____, 2026.

_____
HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Julie E. Schwartz*
   Julie E. Schwartz, Bar No. 57888
   Ryan T. Mrazik, Bar No. 40526
   Olive Eisdorfer, Bar No. 63837
   **PERKINS COIE LLP**
   1301 Second Avenue, Suite 4200
   Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
   Facsimile: +1.206.359.9000
   RMrazik@perkinscoie.com
   JSchwartz@perkinscoie.com
   OEisdorfer@perkinscoie.com

*Attorneys for Defendant Reddit, Inc.*

By: *s/Ronald G. Rossi*
   Ronald G. Rossi, Bar No. 54720
   **ROSSI & CO., P.C.**
   616 33rd Ave NW
   Gig Harbor, Washington 98335
   Telephone: +1.303.222.0300
   rgr@vihc.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND RESPONSE DEADLINE
(No. 2:26-cv-00284-KKE) –3

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000