THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P., an individual,

      Plaintiff,

      v.

JOSE HERNANDEZ AREVALO, *et al.*,

      Defendants.

CASE NO.:  2:26-cv-00284-KKE

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND YOUTUBE, LLC's REPLY DEADLINE**

NOTE ON MOTION CALENDAR:
June 2, 2026

Plaintiff G.P. and Defendant YouTube, LLC ("YouTube") (together, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, on May 15, 2026, the Court GRANTED the Parties' stipulated motion to extend YouTube's deadline to answer the operative complaint in the above-referenced action to June 18, 2026, Dkt. 56;

WHEREAS, on May 19, 2026, Plaintiff filed an amended complaint, Dkt. 59;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(1)(3), YouTube's "response to [the] amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.";

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND YOUTUBE, LLC's REPLY
DEADLINE
2:26-cv-00284-KKE

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

WHEREAS, pursuant to the Court's prior order setting YouTube's deadline to respond to the original pleading, *see* Dkt. 56, YouTube's deadline to respond to the amended complaint remains June 18, 2026;

WHEREAS, pursuant to the Court's Local Civil Rule 7(d)(4), should YouTube file a motion to dismiss on June 18, 2026, Plaintiff's deadline to respond is July 9, 2026, and YouTube's deadline to reply is July 16, 2026;

WHEREAS, YouTube seeks to extend its reply deadline to July 23, 2026, to which Plaintiff has agreed;

WHEREAS, the Parties agree that good cause supports the requested extension, as it will provide adequate time for YouTube to address Plaintiff's arguments;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that:

1.   YouTube's deadline to respond to Plaintiff's amended complaint, Dkt. 59, remains June 18, 2026.

2.   Plaintiff's deadline to respond to YouTube's motion to dismiss is July 9, 2026.

3.   YouTube's deadline to reply is extended to July 23, 2026.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND YOUTUBE, LLC's REPLY
DEADLINE
2:26-cv-00284-KKE

-2-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

Dated:  June 2, 2026

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:    */s/ Jane Yang*
       Jane Yang, WSBA No. 64718
       701 Fifth Avenue, Suite 5100
       Seattle, WA 98104-7036
       Telephone:  (206) 883-2500
       Email:  yang.jane@wsgr.com

       Benjamin Margo (*pro hac vice*)
       31 West 52nd Street, Fifth Floor
       New York, NY 10019-6118
       Telephone:  (212) 497-7732
       Email:  bmargo@wsgr.com

       *Counsel for Defendant YouTube, LLC*


ROSSI & CO., P.C.

By:    */s/ Ronald G. Rossi*
       Ronald G. Rossi, WSBA No. 54720
       616 33rd Avenue NW
       Gig Harbor, WA 98335
       Telephone:  (303) 222-0300
       Email:  rgr@vihc.com

       *Counsel for Plaintiff G.P.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND YOUTUBE, LLC's REPLY
DEADLINE
2:26-cv-00284-KKE

-3-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

## **[PROPOSED] ORDER**

1.  YouTube's deadline to respond to Plaintiff's amended complaint, Dkt. 59, remains June 18, 2026.

2.  Plaintiff's deadline to respond to YouTube's motion to dismiss is July 9, 2026.

3.  YouTube's deadline to reply is extended to July 23, 2026.

Pursuant to stipulation, IT IS SO ORDERED.


DATED this __ day of June, 2026.

_____
United States District Judge
Kymberly K. Evanson


*Presented by:*

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:    */s/ Jane Yang*
Jane Yang, WSBA No. 64718
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Email:  yang.jane@wsgr.com

Benjamin Margo (*pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
Telephone:  (212) 497-7732
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

ROSSI & CO., P.C.

By:    */s/ Ronald G. Rossi*
Ronald G. Rossi, WSBA No. 54720
616 33rd Avenue NW
Gig Harbor, WA 98335
Telephone:  (303) 222-0300
Email: rgr@vihc.com

*Counsel for Plaintiff G.P.*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND YOUTUBE, LLC's REPLY
DEADLINE
2:26-cv-00284-KKE

-4-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500