THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

G.P., an individual,

Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual;
TURO, INC., a Delaware Corporation;
META PLATFORMS, INC., a Delaware Corporation;
REDDIT, INC., a Delaware Corporation;
YOUTUBE, LLC, a Delaware Limited Liability Company;
ATLANTA BLACK STAR, INC., a Georgia Corporation;
INSIDE EDITION, INC., a New York Corporation; and
JOHN DOES 1-10, individuals or entities unknown,

Defendants.

Case No.: **2:26-cv-00284-KKE**

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT INSIDE EDITION, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff G.P., by and through undersigned counsel, hereby requests that the Clerk of Court enter the default of Defendant Inside Edition, Inc. ("Inside Edition") for failure to plead or otherwise defend in this action.

## I. GROUNDS FOR ENTRY OF DEFAULT

1. Plaintiff filed the original Complaint in this action on February 6, 2026.

2. On March 25, 2026, Plaintiff's process server, ABC Legal, effected service of the Summons and original Complaint on Inside Edition, Inc. The Affidavit of Service was filed with this Court as Docket No. 38.

3. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Inside Edition's deadline to serve an answer or otherwise respond expired on April 15, 2026 — twenty-one days after service was effected.

REQUEST FOR ENTRY OF DEFAULT

4.  On May 19, 2026, Plaintiff filed a First Amended Complaint (Dkt. 59) pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Under Rule 15(a)(3), Inside Edition's deadline to respond to the amended complaint was the later of: (a) the time remaining to respond to the original complaint, or (b) fourteen days after service of the amended complaint. Because Inside Edition had not responded to the original complaint by its April 15, 2026 deadline, the later deadline controls. Inside Edition's deadline to respond to the First Amended Complaint was June 2, 2026.

5.  As of the date of this filing, Inside Edition, Inc. has failed to appear, file an answer, file a motion, or otherwise respond to either the original Complaint or the First Amended Complaint. No attorney has appeared on behalf of Inside Edition, Inc. in this action.

6.  Inside Edition, Inc. is not an infant, an incompetent person, or a member of the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

7.  Based on the foregoing, Plaintiff respectfully requests that the Clerk enter the default of Defendant Inside Edition, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

## II.  SUPPORTING DECLARATION

In support of this Request, Plaintiff concurrently files the Declaration of Ylva Rahm, which confirms the facts of service described above.

DATED this 4th day of June, 2026.

By: /s/ Ronald G. Rossi
Ronald G. Rossi, WSBA No. 54720
**ROSSI & CO., P.C.**
616 33rd Ave NW
Gig Harbor, Washington 98335
Telephone: (303) 222-0300
rgr@vihc.com
Attorney for Plaintiff G.P.

REQUEST FOR ENTRY OF DEFAULT

**ROSSI & CO., P.C.**
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300