UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P.,

Plaintiff(s),

vs.

JOSE HERNANDEZ AREVALO et al.,

Defendant(s).

NO. 2:26−cv−00284−KKE

CLERK'S ENTRY OF DEFAULT

This matter is before the Court on Plaintiffs' motion for entry of default against Defendant(s) INSIDE EDITION, INC.. Having considered the motion and supporting papers, as well as the pleadings and records in this matter, and Defendant(s) having failed to appear, answer, or otherwise respond to Plaintiffs' complaint within the time provided by law, pursuant to Federal Rule of Civil Procedure 55(a), Defendant(s) INSIDE EDITION, INC. are found to be in default.

DATED this 4th day of June, 2026.

JOHN C. LEWIS,
Clerk of the Court

*/s/ Diyana Staples*

Deputy Clerk

CLERK'S ENTRY OF DEFAULT - 1