THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**G.P., an individual,**
                    **Plaintiff,**
**v.**
**JOSE HERNANDEZ AREVALO, an individual;**
**MARICELA JIMENEZ, an individual;**
**TURO, INC., a Delaware Corporation;**
**META PLATFORMS, INC., a Delaware Corporation;**
**REDDIT, INC., a Delaware Corporation;**
**YOUTUBE, LLC, a Delaware Limited Liability Company;**
**ATLANTA BLACK STAR, INC., a Georgia Corporation;**
**INSIDE EDITION, INC., a New York Corporation; and**
**JOHN DOES 1-10, individuals or entities unknown,**
                    Defendants.

**Case No.: 2:26-cv-00284-KKE**

**DECLARATION OF RONALD G. ROSSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS JOSE AREVALO'S AND MARICELA JIMENEZ'S MOTION TO JOIN IN TURO'S MOTION TO STRIKE (DKT. 76)**

I, Ronald G. Rossi, declare as follows:

1. I am an attorney licensed to practice law in the State of Washington (WSBA No. 54720) and the State of Colorado, and I am counsel of record for Plaintiff G.P. in the above-captioned action. I make this declaration based on my personal knowledge and my review of files and records maintained in the ordinary course of this litigation. I am competent to testify to the matters set forth herein.

2. On March 9, 2026, I participated in a call with Matthew Brown, who identified himself as Associate General Counsel of Turo, Inc. The call was conducted over Microsoft Teams.

DECLARATION OF RONALD G.  ROSSI (2:26-cv-00284-KKE)

The two speakers on the call were Mr. Brown and me. The Teams meeting recap reflects a recorded duration of approximately 14 minutes and 49 seconds. The Teams transcript file reflects a total runtime of approximately 15 minutes and 27 seconds, which includes system processing time outside the recorded session. The purpose of the call was to discuss certain issues related to this litigation.

3. I created the Teams meeting on March 5, 2026. My paralegal, Ylva Rahm, was invited to the meeting, as reflected in the Outlook calendar entry. The Teams system log does not reflect that Ms. Rahm joined or participated in the call. The Teams meeting recap independently confirms that there were 2 speakers on the call. These records were accessed from my Microsoft Outlook account and Microsoft Teams account, where they are maintained in the ordinary course of my law practice. A true and correct copy of the Outlook calendar entry for the meeting, reflecting the invitees, is attached hereto as Exhibit 1.

4. When recording was activated, Microsoft Teams automatically displayed an on-screen notification banner to all meeting participants stating that the meeting was being recorded and transcribed, and simultaneously posted a system-generated message in the meeting chat visible to all participants. This notification was automatic, uniform, and is preserved in the meeting record. A true and correct copy of the Teams system-generated chat messages showing the recording notification is attached hereto as Exhibit 2.

5. The Teams meeting recap and metadata confirm that the call was recorded, that the recording notification was generated at the outset of the call, and that there were 2 speakers. The Teams system-generated chat log attached hereto as Exhibit 2 also reflects the meeting recap metadata, including 2 speakers, a recorded duration of 14 minutes and 49 seconds, and no expiration date.

DECLARATION OF RONALD G.  ROSSI (2:26-cv-00284-KKE)

ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300

6. Mr. Brown received the Teams recording notification when recording was activated and continued the conversation without objection. At no point during the call did Mr. Brown state that he did not consent to being recorded or request that recording be stopped. It is my standard practice not to continue recording if a participant objects to being recorded.

7. Defendants Jose Arevalo, Maricela Jimenez, and their counsel Todd Maybrown were not participants in the March 9, 2026 Teams call and were not invited to it. No representative of Arevalo or Jimenez participated in or was invited to the call. The joinder filed at Dkt. 76 therefore reflects no firsthand knowledge of the call, the recording notification, or any events that occurred during it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 5th day of June, 2026, at Alba, Italy.


/s/ Ronald G. Rossi

Ronald G. Rossi


EXHIBIT INDEX

Exhibit 1 — Outlook calendar entry / Teams meeting invitation, March 9, 2026 (showing invitees Ronald Rossi, Matthew Brown, Ylva Rahm)

Exhibit 2 — Teams system-generated chat messages showing automatic recording notification

DECLARATION OF RONALD G. ROSSI (2:26-cv-00284-KKE)

ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300

3