**EXHIBIT 1**

**Ronald Rossi**

___

| | |
|---|---|
| **Subject:** | G.P. v. Turo - Meeting with Turo Associate General Counsel |
| **Location:** | No location added |
| | |
| **Start:** | Mon 2026-03-09 7:00 PM |
| **End:** | Mon 2026-03-09 7:30 PM |
| | |
| **Show As:** | Busy |
| | |
| **Meeting Status:** | Organizer |
| | |
| **Organizer:** | Ronald Rossi |
| **Required Attendees:** | Ronald Rossi; Matthew Brown |
| **Optional Attendees:** | Ylva Rahm |

___

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/21890175245272?p=cl17tt5Smp3xBX8cdo

Meeting ID: 218 901 752 452 72

Passcode: jq7hk6S5

<< RTF: Rich object >>

Need help? | System reference

For organizers: Meeting options

___

------------

**From:** Matthew Brown <mbrown@turo.com>
**Sent:** Thursday, March 5, 2026 10:51 PM
**To:** Ronald Rossi
**Cc:** Ylva Rahm
**Subject:** Re: G.P. v. Turo

Hi Ronald,

I'm traveling this week, so early next week is best for me. Monday at 10am or 11am PT, or Tuesday at 11am PT would work for me. I can also find time in the afternoon both days if that's better for you.

Matt Brown

Turo | Associate General Counsel

On Mon, Mar 2, 2026 at 5:02 PM Ronald Rossi <rgr@vihc.com> wrote:

> Matt,
>
> My apologies for the delay in responding. I have had several briefing deadlines in other matters over the past two weeks and needed to clear those before turning back to this.