Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P.,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation,<br><br>        Defendants. | NO.  2:26-cv-00284-KKE<br><br>(PROPOSED) ORDER GRANTING DEFENDANT JOSE AREVALO'S MOTION TO DISMISS |

THIS COURT, having read all documents filed herein, hereby rules that Defendant Jose Arevalo's Motion to Dismiss is hereby GRANTED.  Count I is dismissed with prejudice. Counts II, III, IV, V, VI, VII, VIII, IX and X are dismissed without prejudice.

Dated this _____ day of June, 2026.


_____
Honorable Kymberly K. Evanson
United States District Judge

Presented by:

/s/ Todd Maybrown
Todd Maybrown, WSBA NO. 18557
Attorney for Defendant Arevalo

*(PROPOSED) ORDER GRANTING DEFENDANT JOSE AREVALO'S MOTION TO DISMISS – 1 (U.S. v. Arevalo, et al., No. 2:26-cv-00284-KKE)*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681