Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P.,

    Plaintiff,

    v.

JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO INC., a Delaware corporation; META PLATFORMS INC., a Delaware corporation; and REDDIT INC., a Delaware corporation,

    Defendants.

NO.  2:26-cv-00284-KKE

(PROPOSED) ORDER GRANTING DEFENDANT MARICELA JIMENEZ'S MOTION TO DISMISS

THIS COURT, having read all documents filed herein, hereby rules that Defendant Maricela Jimenez's Motion to Dismiss is hereby GRANTED.  As to Defendant Jimenez, Counts VIII, IX and X are dismissed with prejudice.

Dated this _____ day of June, 2026.

_____
Honorable Kymberly K. Evanson
United States District Judge

Presented by:

/s/ Todd Maybrown
Todd Maybrown, WSBA NO. 18557
Attorney for Defendant Arevalo

*(PROPOSED) ORDER GRANTING DEFENDANT MARICELA JIMENEZ'S MOTION TO DISMISS – 1
(U.S. v. Arevalo, et al., No. 2:26-cv-00284-KKE)*

**Allen, Hansen, Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681