The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF: G.P, an individual,

Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual; TURO,
INC., a Delaware corporation; META
PLATFORMS, INC., a Delaware corporation;
REDDIT, INC., a Delaware corporation;
YOUTUBE, LLC, a Delaware limited liability
company; ATLANTA BLACK STAR, INC., a
Georgia corporation; INSIDE EDITION, INC., a
New York corporation; and JOHN DOES 1-10,
individuals or entities unknown,

Defendant.

Case No. 2:26-cv-00284-KKE

**STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO FILE
REPLY BRIEF IN SUPPORT OF
MOTION TO STRIKE**

**NOTE ON MOTION CALENDAR: JUNE
22, 2026**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rules 7(d)(1) and 10(g), Plaintiff G.P. ("Plaintiff") and defendant Turo Inc. ("Turo"), by and through their undersigned counsel, hereby move the Court to enter an order extending the parties' deadlines relating to Turo's Second Motion to Compel Arbitration, Dkt. # 65 ("Motion to Compel") and Turo's Motion to Strike, Dkt. # 66 ("Motion to Strike"). In support of the foregoing request for relief, the parties state as follows:

1.      On January 25, 2026, Plaintiff filed this lawsuit against Turo and other defendants. (Dkt. # 1.)

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO
FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

2.    On May 19, 2026, Plaintiff filed an Amended Complaint. (Dkt. # 59.)

3.    On June 2, 2026, Turo timely filed its Motion to Strike and Motion to Compel and Turo noted those motions for consideration on June 23, 2026 and June 30, 2026, respectively, in accordance with Local Civil Rule 7(d)(3) and 7(d)(4). (Dkts. # 65, 66.)

4.    Pursuant to Local Civil Rule 7(d)(3), Plaintiff's response to Turo's Motion to Strike was due on June 17, 2026, which was 15 days after the filing date of the Motion to Strike, and Turo's reply would be due June 23, 2026, the noting date.

5.    Pursuant to Local Civil Rule 7(d)(3), Plaintiff's response to Turo's Motion to Compel is due on June 23, 2026, which is 21 days after the filing date of the Motion to Compel, and Turo's reply would be due June 30, 2026, the noting date.

6.    On June 21, 2026, Plaintiff filed a response to the Motion to Strike along with a supporting declaration and exhibit. (Dkts. # 81, 82.)

7.    On June 22, 2026, Turo's counsel conferred with Plaintiff's counsel about extending Turo's deadline to file its reply brief by the same four-day period by which Plaintiff's opposition was late, which would extend Turo's deadline to June 26, 2026. Plaintiff agreed to the requested extension, and in turn, requested a similar four-day extension of her deadline to file any opposition to Turo's Motion to Compel, which would make that opposition due on June 29, 2026 and Turo's reply would be due on July 6, 2026. Given the holiday weekend, however, the parties have agreed that Turo's reply can be due one day later, on July 7, 2026.

8.    Good cause exists to grant the extension because Turo needs additional time to fully review, investigate, and respond to the arguments in Plaintiff's response to Turo's Motion to Strike, and Plaintiff needs additional time to prepare her response to Turo's Motion to Compel. This request is not being made for purposes of delay or any improper reason. This is the first request to extend these respective deadlines.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

9.      Nothing in this Stipulation shall be deemed a waiver of any defense available to Turo or its right to seek to arbitrate Plaintiff's claims. No party waives any other right, claim, or defense by entering into this Stipulation.

SO STIPULATED this 22nd day of June, 2026.

ROSSI & CO, P.C.                                      HOLLAND & KNIGHT LLP

By: *s/Ronald G. Rossi*                    By:      *s/Kristin Asai*
    Ronald G. Rossi, WSBA No. 54720              Kristin Asai, WSBA No. 49511
    616 33rd Ave NW                              kristin.asai@hklaw.com
    Gig Harbor, WA 98335                         601 SW Second Avenue, Suite 1800
    Tel: 303.222.0300                            Portland, OR 97204
    Email: rgr@vihc.com                          Telephone: 503.243.2300
    *Of Attorneys for Plaintiff*                 *Of Attorneys for Defendant Turo Inc.*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 3

## **ORDER**

Based on the above Stipulation and good cause shown, the deadlines are extended as follows: Turo's deadline to file its reply brief in support of its Motion to Strike (Dkt. # 66) is due June 26, 2026; Plaintiff's deadline to file her opposition to Turo's Second Motion to Compel Arbitration and Stay Action (Dkt. # 65) is extended to June 26, 2026; and Turo's deadline to file its reply in support of its Second Motion to Compel Arbitration and Stay Action (Dkt. #65) is due July 7, 2026. The Clerk is directed to re-note the motions accordingly.

IT IS SO ORDERED.

Dated this 23rd day of June, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

ROSSI & CO, P.C.                           HOLLAND & KNIGHT LLP

By: *s/Ronald Rossi*                       By:    *s/Kristin Asai*
    Ronald G. Rossi, WSBA No. 54720              Kristin Asai, WSBA No. 49511
    616 33rd Ave NW                              kristin.asai@hklaw.com
    Gig Harbor, WA 98335                         601 SW Second Avenue, Suite 1800
    Tel: 303.222.0300                            Portland, OR 97204
    Email: rgr@vihc.com                          Telephone: 503.243.2300
    *Of Attorneys for Plaintiff*                 *Of Attorneys for Defendant Turo Inc.*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO
FILE REPLY BRIEF (CASE NO. 2:26-CV-00284-KKE) - 4

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300