UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.P.,

                Plaintiff(s),

    v.

JOSE HERNANDEZ AREVALO,

                Defendant(s).

CASE NO. C26-284-KKE

ORDER DISMISSING DEFENDANT ATLANTA BLACK STAR AND DISCHARGING ORDER TO SHOW CAUSE

On June 3, 2026, Plaintiff G.P. responded to the Court's order to show cause why her claims against Defendants Inside Edition Inc. and Atlanta Black Star Inc. should not be dismissed for failure to prosecute. *See* Dkt. Nos. 63, 73. G.P. has now moved for default against Inside Edition and requests that the Court dismiss Atlanta Black Star without prejudice under Federal Rule of Civil Procedure 4(m) because G.P. has not yet effectuated service on Atlanta Black Star.

Accordingly, G.P.'s claims against Atlanta Black Star are DISMISSED without prejudice. The order to show cause (Dkt. No. 63) is DISCHARGED.

Dated this 23rd day of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING DEFENDANT ATLANTA BLACK STAR AND DISCHARGING ORDER TO SHOW CAUSE - 1