UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P.,<br><br>               Plaintiff(s),<br><br>   v.<br><br>JOSE HERNANDEZ AREVALO,<br><br>            Defendant(s). | CASE NO. C26-284-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON META PLATFORM INC.'S MOTION TO DISMISS |

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiff G.P. and Defendant Meta Platforms, Inc., and the Court having reviewed the same and being fully advised:

IT IS HEREBY ORDERED that the briefing schedule for Meta's Motion to Dismiss First Amended Complaint (Dkt. No. 68) is modified as follows:

- Plaintiff's Opposition: due June 29, 2026;

- Meta's Reply: due July 13, 2026.

The Clerk is directed to re-note the motion (Dkt. No. 68) to July 13, 2026.

Dated this 23rd day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON META PLATFORM INC.'S MOTION TO DISMISS - 1