THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

G.P., an individual,
                              Plaintiff,
v.
JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual;
TURO, INC., a Delaware Corporation;
META PLATFORMS, INC., a Delaware Corporation;
REDDIT, INC., a Delaware Corporation;
YOUTUBE, LLC, a Delaware Limited Liability Company;
INSIDE EDITION, INC., a New York Corporation; and
JOHN DOES 1-10, individuals or entities unknown,
                              Defendants.

Case No. 2:26-cv-00284-KKE

DECLARATION OF RONALD G. ROSSI IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE UNDER LCR 7(j)

## DECLARATION OF RONALD G. ROSSI

I, Ronald G. Rossi, declare as follows:

1.    I am the attorney of record for Plaintiff G.P. in the above-captioned matter. I am licensed to practice law in the State of Washington (WSBA No. 54720) and the State of Colorado. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2.    I am currently residing at Vicolo dell'Arco, 2, Int. 10, 12051 Alba (CN), Italy, where I maintain a residence. I have been located in Alba for the past year.

3.    Beginning on or about June 1st 2026, internet and telecommunications service at my Alba residence was interrupted and has remained largely unavailable. The outage was

ROSSI DECLARATION  (2:26-cv-00284-KKE)

ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300

1

caused by ongoing municipal construction on my street that damaged and replaced the underground telecommunications infrastructure serving my building with fiber optic cable to replace the ADSL copper connections. The street in front of and adjacent to my residence was torn up as part of this municipal work, severing the underground cables that provide internet and telephone service to my address.

4.    "Attached hereto as Exhibit A are true and correct photographs I took documenting the street construction, and screenshots of the formal complaint I filed with AGCOM through its ConciliaWeb online portal, all of which are attached as Photographs 1 through 7 of Exhibit A."

5.    Because of this outage, I was unable to reliably access the internet, conduct legal research, finalize draft pleadings, or file documents through the Court's CM/ECF system. The interruption prevented me from timely completing and filing Plaintiff's oppositions to the pending motions to dismiss.

6.    I filed a formal complaint with AGCOM (Autorità per le Garanzie nelle Comunicazioni), the Italian telecommunications regulatory authority, regarding the service interruption. The complaint included a Formulario GU5 (istanza di provvedimento temporaneo) and a Formulario UG (istanza di conciliazione), both submitted through the AGCOM ConciliaWeb portal (conciliaweb.agcom.it), as depicted in Photographs 1 through 3 of Exhibit A. The problem has been ongoing and unresolved despite my complaints.

7.    Prior to and following the transmission of my email of June 30, 2026 to opposing counsel, I made multiple telephone calls — on multiple occasions over several days — to each of the following attorneys seeking to discuss and obtain a stipulated extension of the relevant deadlines:

a.    Aaron P. Brecher, Orrick, Herrington & Sutcliffe LLP (counsel for Meta Platforms, Inc.) — called multiple times, left voicemail messages, and attempted to reach his office assistant;

ROSSI DECLARATION  (2:26-cv-00284-KKE)

ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300

2

b.  Michelle Visser, Orrick, Herrington & Sutcliffe LLP (counsel for Meta Platforms, Inc., admitted pro hac vice) — called multiple times and left voicemail messages;

c.  Todd Maybrown, Allen, Hansen, Maybrown & Offenbecher, P.S. (counsel for Defendants Jose Hernandez Arevalo and Maricela Jimenez) — called multiple times, left voicemail messages, and attempted to reach his assistant;

d.  Perry Maybrown, Allen, Hansen, Maybrown & Offenbecher, P.S. (counsel for Defendants Jose Hernandez Arevalo and Maricela Jimenez) — called multiple times and left voicemail messages. I was told she was working from home and left a message with the receptionist and a paralegal.

8.  Despite leaving voicemail messages, sending email communications, and attempting to reach the assistants and support staff of each attorney, as of the time of this filing I have received no response from any of them. I have made every reasonable effort to secure a stipulated extension before filing this motion.

9.  This is Plaintiff's second request for an extension of the deadline to oppose Meta's Motion to Dismiss (Dkt. 68), and Plaintiff's first request for an extension of the deadlines to oppose Defendant Arevalo's Motion to Dismiss (Dkt. 78) and Defendant Jimenez's Motion to Dismiss (Dkt. 79). The requested extensions are short, would not affect any case schedule deadline set by the Court, and would cause no prejudice to any Defendant.

10.  I am prepared to file Plaintiff's oppositions to all three motions as soon as the internet service at my residence is restored, and in any event no later than July 13, 2026. I have been actively working on the opposition briefs to the extent that my limited internet access has permitted.

11.  I make this Declaration in good faith and based upon my personal knowledge of the circumstances described herein.

ROSSI DECLARATION  (2:26-cv-00284-KKE)

ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2026, in Alba (CN), Italy.

s/ Ronald G. Rossi

Ronald G. Rossi, WSBA No. 54720

Rossi & Co., P.C.

Vicolo dell'Arco, 2, Int. 10 | 12051 Alba (CN), Italy

616 33rd Ave NW | Gig Harbor, WA 98335

Tel: (303) 222-0300 | Italian Cell: +39 333 865 2126

rgr@vihc.com

ROSSI DECLARATION  (2:26-cv-00284-KKE)

**ROSSI & CO., P.C.**
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300