UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| G.P., | CASE NO. C26-284-KKE |
| Plaintiff(s), | ORDER DIRECTING DEFENDANTS META PLATFORMS INC., JOSE HERNANDEZ AREVALO, AND MARICELA JIMENEZ TO RESPOND TO PLAINTIFF'S MOTION TO EXTEND DEADLINES |
| v. | |
| JOSE HERNANDEZ AREVALO, | |
| Defendant(s). | |

Plaintiff G.P. moves for an extension of the deadlines to file opposition briefs to three motions to dismiss filed, respectively, by Defendants Meta Platforms Inc., Jose Hernandez Arevalo, and Maricela Jimenez. Dkt. No. 92. The first two of these deadlines have already passed. Dkt. Nos. 68, 78. G.P.'s attorney states that the reason he was unable to meet the deadlines, confer with opposing counsel about an extension, or request an extension before now is that he has been residing in Alba, Italy for the last year and construction on his street has interrupted his "internet and telecommunications service" since about June 1, 2026. *See* Dkt. No. 93. G.P.'s counsel does not suggest that he has been unable to access *any* source of internet during the last month, nor would such a claim be credible. Indeed, he has filed several briefs or other documents since the interruption at his residence began. *See* Dkt. Nos. 73, 74, 77, 81, 82.

Although the Court is not yet persuaded that G.P.'s counsel has demonstrated diligence or good cause for his tardy request to extend the deadlines, denying his request would amount to

ORDER DIRECTING DEFENDANTS META PLATFORMS INC., JOSE HERNANDEZ AREVALO, AND MARICELA JIMENEZ TO RESPOND TO PLAINTIFF'S MOTION TO EXTEND DEADLINES - 1

terminating sanctions because the motions to dismiss at issue are dispositive.  The Court is disinclined to impose such a sanction at this time.

Instead, Defendants Meta, Arevalo, and Jimenez are DIRECTED to notify the Court no later than July 6, 2026, whether they will stipulate to—or intend to oppose—G.P.'s requested extension and whether they request a commensurate extension of their reply deadline.

Dated this 1st day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING DEFENDANTS META PLATFORMS INC., JOSE HERNANDEZ AREVALO, AND MARICELA JIMENEZ TO RESPOND TO PLAINTIFF'S MOTION TO EXTEND DEADLINES - 2