THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

G.P., an individual, Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;

MARICELA JIMENEZ, an individual; TURO,

INC., a Delaware corporation; et al., Defendants.

Case No. 2:26-cv-00284-KKE

DECLARATION OF G.P. IN

SUPPORT OF PLAINTIFF'S

OPPOSITION TO DEFENDANT

TURO INC.'S SECOND MOTION TO

COMPEL ARBITRATION

I, G.P., declare as follows:

1. I am the Plaintiff in this action. I am a registered nurse practitioner and a single mother of two children. I make this declaration based on my own personal knowledge and experience. I am competent to testify to the matters stated herein.

2. I submit this declaration in support of Plaintiff's Opposition to Defendant Turo Inc.'s Second Motion to Compel Arbitration and Stay Action.

G.P. Declaration ISO Opposition to Turo' MTC Arb  P 1
(2:26-cv-00284-KKE)

ROSSI & CO., P.C.
ATTORNEYS AT LAW
616 33rd Ave NW
Gig Harbor, Washington 98101
Tel +1.303.222.0300   Fax +1.206.274.6401

**Account Creation**

3. On April 13, 2025, my boyfriend created a Turo account on my mobile phone while we were traveling. I did not fill out the form myself. The day before I returned, I learned that I would not have a car to get to work because my car was still in the shop and the rental agencies had no cars available. I was in a hurry and needed transportation for the following morning. The sign-up process was completed on a small mobile screen late at night after a long airplane trip.

4. The sign-up screen I saw presented fields for my first name, last name, email address, and password. There was a small checkbox with the label "I agree to the terms of service and privacy policy," located next to a small purple hyperlink.

5. I did not click on the purple hyperlink. I did not scroll through any Terms of Service. I did not read any Terms of Service.

6. I had no idea that the Terms of Service contained a mandatory arbitration clause.

7. I had no idea that the Terms of Service contained a waiver of my right to a jury trial.

8. I had no idea that the Terms of Service contained a class-action waiver.

9. I had no idea that the Terms of Service contained a provision purporting to delegate all threshold questions of arbitrability to a private AAA arbitrator of Turo's choosing.

G.P. Declaration ISO Opposition to Turo' MTC Arb  P 2
(2:26-cv-00284-KKE)

**ROSSI & CO., P.C.**
ATTORNEYS AT LAW
616 33rd Ave NW
Gig Harbor, Washington 98101
Tel +1.303.222.0300    Fax +1.206.274.6401

10. I checked the box because I understood it to confirm basic sign-up conditions for using the app — not to waive any constitutional or legal rights.

11. I was never shown any opt-out provision. No one at Turo ever called an opt-out to my attention, sent me any communication about an opt-out, or told me I had 30 days to opt out of arbitration by emailing arbitration-optout@turo.com. I did not know any such option existed.

## *Booking*

12. On August 23, 2025, I booked a 2013 Nissan Leaf from Host Jose Hernandez Arevalo through Turo's platform. During that booking process I clicked a checkbox confirming I agreed to the Turo terms of service. I did not read the Terms of Service at the time of booking either.

## *The Recording and Its Consequences*

13. I did not know that the vehicle contained an interior-facing dashcam that was recording my face, voice, conversations, and private in-vehicle conduct throughout the rental period. The recording captured my private communications, intimate expressions of vulnerability, and personal conduct that I engaged in only because I understood myself to be in a private space.

14. After Arevalo disseminated the recordings, I received thousands of threatening and sexually explicit communications targeting me. I was forced to delete my social media accounts, change my phone number, and lost employment opportunities as a result of the public exposure.

G.P. Declaration ISO Opposition to Turo' MTC Arb  P 3
(2:26-cv-00284-KKE)

**ROSSI & CO., P.C.**
ATTORNEYS AT LAW
616 33rd Ave NW
Gig Harbor, Washington 98101
Tel +1.303.222.0300    Fax +1.206.274.6401

15. From February through March 2026, I was hospitalized due to severe physical illness exacerbated by stress-induced panic attacks caused by the ongoing harassment, requiring additional medication, as witnessed by my friends and family. My children are unable to play outside due to safety concerns. I have worn disguises in public to avoid being recognized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2026, at Bothell Washington.

*/s/G.P. (original signature on file)*

G.P.

Plaintiff

G.P. Declaration ISO Opposition to Turo' MTC Arb  P 4
(2:26-cv-00284-KKE)

**ROSSI & CO., P.C.**
ATTORNEYS AT LAW
616 33rd Ave NW
Gig Harbor, Washington 98101
Tel +1.303.222.0300    Fax +1.206.274.6401