THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| G.P., an individual, Plaintiff,<br><br>v.<br><br>JOSE HERNANDEZ AREVALO, an individual;<br><br>MARICELA JIMENEZ, an individual; TURO,<br><br>INC., a Delaware corporation; et al., Defendants. | Case No. 2:26-cv-00284-KKE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS AREVALO'S AND JIMENEZ'S MOTIONS TO DISMISS<br><br>NOTE ON MOTION CALENDAR: August 17, 2026 |

Plaintiff G.P., by and through counsel Ronald G. Rossi of Rossi & Co., P.C., and Defendants Jose Hernandez Arevalo and Maricela Jimenez, by and through their counsel Todd Maybrown and Allen, Hansen, Maybrown & Offenbecher, P.S., Laura Shaver of Law Office of Laura Shaver, and Perry Maybrown of Keller Rohrback L.L.P., hereby stipulate and agree as follows:

**RECITALS**

1. On June 9, 2026, Defendant Jose Hernandez Arevalo filed his Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. 78.)

Stipulated Motion to Extend Briefing Deadlines Page 1

2. On June 17, 2026, Defendant Maricela Jimenez filed her Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. 79.)

3. On June 30, 2026, Plaintiff filed a Motion for Relief from Deadline Under LCR 7(j) seeking extensions of the opposition deadlines for both motions, citing loss of internet connectivity due to municipal infrastructure construction damaging telecommunications cables in Alba, Italy, where Plaintiff's counsel was located. (Dkt. 92.)

4. The Court has inquired whether the parties object to the requested extension. The parties have conferred and have reached agreement on a revised briefing schedule.

5. The parties agree that the proposed schedule is reasonable, will not prejudice any party, and will not affect any currently scheduled case management deadline.

**STIPULATION**

The parties hereby stipulate to the following amended briefing schedule:

**Defendant Arevalo's Motion to Dismiss (Dkt. 78):**

- Plaintiff's Opposition due:        Monday, July 21, 2026
- Defendant Arevalo's Reply due:    Monday, August 4, 2026
- Noting Date:                      Monday, August 4, 2026

**Defendant Jimenez's Motion to Dismiss (Dkt. 79):**

- Plaintiff's Opposition due:        Monday, August 3, 2026
- Defendant Jimenez's Reply due:    Monday, August 17, 2026
- Noting Date:                      Monday, August 17, 2026

IT IS SO STIPULATED.

Dated this 3rd day of July, 2026.

Stipulated Motion to Extend Briefing Deadlines Page 2

By: /s/ Ronald G. Rossi

Ronald G. Rossi, WSBA No. 54720
ROSSI & CO., P.C.
616 33rd Ave NW
Gig Harbor, WA 98335
Telephone: (303) 222-0300
rgr@vihc.com

*Attorney for Plaintiff G.P.*

By: /s/ Todd Maybrown

Todd Maybrown, WSBA No.18557
ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
Telephone: 206-447-9681
todd@ahmlawyers.com

By: /s/ Laura Shaver
Laura Shaver, WSBA No. 44087
Law Office of Laura Shaver
3120 Broadway
Everett, WA 98201-4421
Telephone: (425) 595-6130
laura@laurashaverlaw.com

By: /s/ Perry Maybrown
Perry Maybrown, WSBA No. 61550
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
pmaybrown@kellerrohrback.com

*Attorneys for Defendants Arevalo and
Jimenez*

Stipulated Motion to Extend Briefing Deadlines Page 3

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND**

**BRIEFING DEADLINES**

THE HONORABLE KYMBERLY K. EVANSON

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Briefing Deadlines for Defendants Arevalo's and Jimenez's Motions to Dismiss, the Court having reviewed the stipulation and being fully advised:

IT IS HEREBY ORDERED that the briefing schedules are modified as follows:

**Defendant Arevalo's Motion to Dismiss (Dkt. 78):**

| | |
|---|---|
| Plaintiff's Opposition due: | Monday, July 21, 2026 |
| Defendant Arevalo's Reply due: | Monday, August 4, 2026 |
| Noting Date continued to: | Monday, August 4, 2026 |

**Defendant Jimenez's Motion to Dismiss (Dkt. 79):**

| | |
|---|---|
| Plaintiff's Opposition due: | Monday, August 3, 2026 |
| Defendant Jimenez's Reply due: | Monday, August 17, 2026 |
| Noting Date continued to: | Monday, August 17, 2026 |

DATED this   day of July, 2026.

_____

THE HONORABLE KYMBERLY K. EVANSON

United States District Judge

Stipulated Motion to Extend Briefing Deadlines Page 4