UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P.,<br><br>                              Plaintiff(s),<br><br>        v.<br><br>JOSE HERNANDEZ AREVALO,<br><br>                              Defendant(s). | CASE NO. C26-284-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Briefing Deadlines for Defendants Arevalo's and Jimenez's Motions to Dismiss (Dkt. No. 98), the Court having reviewed the stipulation and being fully advised:

IT IS HEREBY ORDERED that the Motions is GRANTED and the briefing schedules are modified as follows:

**Defendant Arevalo's Motion to Dismiss (Dkt. 78):**

    Plaintiff's Opposition due:        Monday, July 21, 2026

    Defendant Arevalo's Reply due:     Monday, August 4, 2026

    Noting Date continued to:          Monday, August 4, 2026

**Defendant Jimenez's Motion to Dismiss (Dkt. 79):**

    Plaintiff's Opposition due:        Monday, August 3, 2026

    Defendant Jimenez's Reply due:     Monday, August 17, 2026

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS - 1

Noting Date continued to:          Monday, August 17, 2026

Dated this 6th day of July, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS - 2