THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P., an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE HERNANDEZ AREVALO, *et al.*,<br><br>        Defendants. | CASE NO.:  2:26-cv-00284-KKE<br><br>**STIPULATED MOTION AND ORDER TO AMEND BRIEFING SCHEDULE FOR YOUTUBE, LLC'S MOTION TO DISMISS (Dkt. 80)**<br><br>NOTE ON MOTION CALENDAR:<br>July 8, 2026 |

Plaintiff G.P. and Defendant YouTube, LLC ("YouTube") (together, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, YouTube filed its motion to dismiss on June 18, 2026, Dkt. 80;

WHEREAS, pursuant to the Court's order on June 2, 2026, Plaintiff's deadline to respond to YouTube's Motion to Dismiss is July 9, 2026, and YouTube's deadline to reply to Plaintiff's response is July 23, 2026, Dkt. 72;

WHEREAS, in light of Plaintiff's recent technical difficulties with meeting filing deadlines, *see generally* Dkts. 92, 93, as well as various scheduling conflicts, the Parties agree that good cause supports the requested extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that:

STIPULATED MOTION AND ORDER TO
AMEND BRIEFING SCHEDULE FOR
YOUTUBE, LLC'S MOTION TO DISMISS (DKT.
80)
2:26-cv-00284-KKE

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

1. Plaintiff's deadline to respond to YouTube's motion to dismiss (Dkt. 80) is extended to July 28, 2026.

2. YouTube's deadline to reply is extended to August 13, 2026.

IT IS SO STIPULATED.

Dated:  July 8, 2026

I certify that this memorandum contains 154 words, in compliance with the Local Civil Rules

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:    */s/ Jane Yang*
Jane Yang, WSBA No. 64718
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Email:  yang.jane@wsgr.com

Benjamin Margo (*pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, New York 10019-6118
Telephone: (212) 497-7732
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

ROSSI & CO., P.C.

By:    */s/ Ronald G. Rossi*
Ronald G. Rossi, WSBA No. 54720
616 33rd Avenue NW
Gig Harbor, WA 98335
Telephone:  (303) 222-0300
Email:  rgr@vihc.com

*Counsel for Plaintiff G.P.*

STIPULATED MOTION AND ORDER TO
AMEND BRIEFING SCHEDULE FOR
YOUTUBE, LLC'S MOTION TO DISMISS (DKT. 80)
2:26-cv-00284-KKE

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

**ORDER**

1. Plaintiff's deadline to respond to YouTube's motion to dismiss (Dkt. 80) is extended to July 28, 2026.

2. YouTube's deadline to reply is extended to August 13, 2026.

3. The Clerk is directed to re-note the motion (Dkt. 80) to August 13, 2026.

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 9th day of July, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

*Presented by:*

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:   */s/ Jane Yang*
      Jane Yang, WSBA No. 64718
      701 Fifth Avenue, Suite 5100
      Seattle, WA 98104-7036
      Telephone:  (206) 883-2500
      Email:  yang.jane@wsgr.com

      Benjamin Margo (*pro hac vice*)
      31 West 52nd Street, Fifth Floor
      New York, New York 10019-6118
      Telephone: (212) 497-7732
      Email: bmargo@wsgr.com

      *Counsel for Defendant YouTube, LLC*

ROSSI & CO., P.C.

By:   */s/ Ronald G. Rossi*
      Ronald G. Rossi, WSBA No. 54720
      616 33rd Avenue NW
      Gig Harbor, WA 98335
      Telephone:  (303) 222-0300

STIPULATED MOTION AND ORDER TO
AMEND BRIEFING SCHEDULE FOR
YOUTUBE, LLC'S MOTION TO DISMISS (Dкт.
80)
2:26-cv-00284-KKE

-3-

Email:  rgr@vihc.com

*Counsel for Plaintiff G.P.*

STIPULATED MOTION AND ORDER TO
AMEND BRIEFING SCHEDULE FOR
YOUTUBE, LLC'S MOTION TO DISMISS (Dкт.
80)
2:26-cv-00284-KKE

-4-

**Wilson Sonsini Goodrich & Rosati**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500