The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In the Matter of:

G.P., an individual,

                    Plaintiff,

v.

JOSE HERNANDEZ AREVALO, an individual;
MARICELA JIMENEZ, an individual; TURO,
INC., a Delaware Corporation; META
PLATFORMS, INC., a Delaware Corporation;
REDDIT, INC., a Delaware Corporation;
YOUTUBE, LLC, a Delaware Limited Liability
Company; ATLANTA BLACK STAR, INC., a
Georgia Corporation; INSIDE EDITION, INC., a
New York Corporation; and JOHN DOES 1-10,
individuals ore entities unknown,

                    Defendants.

Case No. 2:26-cv-00284-KKE

**STIPULATED MOTION AND
ORDER EXTENDING
DEADLINE FOR PLAINTIFF'S
OPPOSITION TO, AND
DEFENDANT'S REPLY IN
SUPPORT OF, DEFENDANT
META PLATFORMS, INC.'S
MOTION TO DISMISS FIRST
AMENDED COMPLAINT
(DKT. 68)**

Noted for July 8, 2026

Plaintiff G.P. and Defendant Meta Platforms, Inc. hereby stipulate and agree as follows:

1. On June 2, 2026, Meta filed its Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 68).

2. Following Plaintiff's Motion for Relief from Deadline (Dkt. 92) and Meta's response (Dkt. 100), the parties negotiated an agreed briefing schedule that accounts for the multiple opposition deadlines and internet access issues described in Plaintiff's motion, and for both parties to have sufficiently expanded time to prepare their respective briefs.

STIPULATED MOTION TO EXTEND
DEADLINES: 2:26-cv-00284-KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

3. This is the third extension requested by Plaintiff in connection with Meta's motion. The requested extension is short and does not affect any case schedule deadline set by the Court in its Scheduling Order or Standing Order on Chambers Procedures (Dkt. 10).

4. The parties therefore stipulate to the following adjusted briefing schedule for Meta's Motion to Dismiss (Dkt. 68):

| Brief | Current Deadline | Adjusted Deadline |
|---|---|---|
| Plaintiff's Opposition | June 29, 2026 | **August 4, 2026** |
| Meta's Reply | July 13, 2026 | **September 1, 2026** |

5. The parties respectfully request that the Court enter the Proposed Order below approving this stipulation.

Dated this 8th day of July, 2026.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES: 2:26-cv-00284-KKE

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

ROSSI & CO., P.C.

By: *s/Ronald G. Rossi*
    Ronald G. Rossi (WSBA No. 54720
    rgr@vihc.com
    616 33rd Ave. NW
    Gig Harbor, WA 98335
    Tel: 303-222-0300

*Attorney for Plaintiff G.P.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Aaron P. Brecher*
    Aaron P. Brecher (WSBA No. 47212)
    abrecher@orrick.com
    401 Union Street, Suite 3300
    Seattle, WA 98101
    Telephone: +1 206 839 4300

    Michelle Visser (*Pro Hac Vice* Forthcoming)
    mvisser@orrick.com
    405 Howard Street
    San Francisco, CA 94104
    Telephone: + 1 415 773 5700

*Attorneys for Defendant Meta Platforms Inc.*

Counsel certifies that this memorandum contains 179 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES: 2:26-cv-00284-
KKE

- 3 -

**ORDER**

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiff G.P. and Defendant Meta Platforms, Inc., and the Court having reviewed the same and being fully advised:

IT IS HEREBY ORDERED that the briefing schedule for Meta's Motion to Dismiss First Amended Complaint (Dkt. 68) is modified as follows:

- Plaintiff's Opposition: due **August 4, 2026**

- Meta's Reply: due **September 1, 2026**

- The noting date for Dkt. 68 is continued to **September 1, 2026**.

The Clerk is DIRECTED to terminate the motion at Dkt. No. 95 because the parties have stipulated to extensions of the deadlines at issue in that motion.

DATED July 9, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES: 2:26-cv-00284-
KKE

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300