THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE HERNANDEZ AREVALO, an individual; MARICELA JIMENEZ, an individual; TURO, INC., a Delaware Corporation; META PLATFORMS, INC., a Delaware Corporation; REDDIT, INC., a Delaware Corporation; YOUTUBE, LLC, a Delaware Limited Liability Company; ATLANTA BLACK STAR, INC., a Georgia Corporation; INSIDE EDITION, INC., a New York Corporation; and JOHN DOES 1-10, individuals or entities unknown,<br><br>　　　　　Defendants. | No. 2:26-cv-00284-KKE<br><br>**DEFENDANT REDDIT, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>NOTE ON MOTION CALENDAR: JULY 21, 2026 |

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
(No. 2:26-cv-00284-KKE)

**TABLE OF CONTENTS**

**Page**

I.   INTRODUCTION ...................................................................................................... 1

II.  ARGUMENT............................................................................................................. 2

    A.   Plaintiff fails to allege a viable claim against Reddit. ........................................... 2

        1.   Plaintiff cannot state a claim under the Wiretap Act ................................ 2

            a)   Reddit did not "disclose" or "use" the already-public footage........................................................................................... 2

            b)   Plaintiff does not plausibly allege Reddit knew or should have known of the recording's illegality ....................... 3

            c)   Plaintiff does not allege that the posted recording contained the contents of a communication. ................................... 5

        2.   The CDA bars Plaintiff's claim against Reddit. ......................................... 6

        3.   The First Amendment independently bars Plaintiff's claim. ...................... 7

    B.   Dismissal with prejudice is warranted. .................................................................. 9

III. CONCLUSION........................................................................................................ 10

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Ayala v. Spokane Tchrs. Credit Union*,
No. 24-3008, 2025 WL 1088195 (9th Cir. Apr. 11, 2025) ..........................................................4

*Bartnicki v. Vopper*,
532 U.S. 514 (2001) ..........................................................................................................2, 8, 9

*Cross v. Facebook, Inc.*,
14 Cal. App. 5th 190 (2017) ....................................................................................................9

*Diep v. Apple, Inc.*,
No. 22-16514, 2024 WL 1299995 (9th Cir. Mar. 27, 2024)........................................................9

*Doe v. Reddit, Inc.*,
No. SACV 21-768, 2021 WL 4348731 (C.D. Cal. July 12, 2021)................................................4

*Kimzey v. Yelp Inc.*,
21 F. Supp. 3d 1120 (W.D. Wash. 2014), *aff'd sub nom. Kimzey v. Yelp! Inc.*,
836 F.3d 1263 (9th Cir. 2016) ..................................................................................................6

*La'Tiejira v. Facebook, Inc.*,
272 F. Supp. 3d 981 (S.D. Tex. 2017) .......................................................................................7

*Reaud v. Facebook Inc.*,
No. 23-CV 06329, 2024 WL 4126066 (N.D. Cal. Sept. 9, 2024) ............................................10

*Salisbury v. City of Santa Monica*,
998 F.3d 852 (9th Cir. 2021) ....................................................................................................7

*Smith v. Daily Mail Publ'g Co.*,
443 U.S. 97 (1979)....................................................................................................................9

*Thompson v. Dulaney*,
970 F.2d 744 (10th Cir. 1992) ..................................................................................................4

*W. Radio Servs. Co. v. Qwest Corp.*,
678 F.3d 970 (9th Cir. 2012) ....................................................................................................4

*Walsh v. Nev. Dep't of Human Res.*,
471 F.3d 1033 (9th Cir. 2006) ..................................................................................................6

*Wheeler v. City of Santa Clara*,
894 F.3d 1046 (9th Cir. 2018) ..................................................................................................7

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**TABLE OF AUTHORITIES**
(continued)

**Page(s)**

**STATUTES**

18 U.S.C. § 2510(2) ...........................................................................................................5

18 U.S.C. § 2510(8) ...........................................................................................................5

47 U.S.C. § 230(e)(4) .........................................................................................................7

Communications Decency Act, 47 U.S.C. § 230 ................................................1, 6, 7, 9

Electronic Communications Privacy Act of 1986, P.L. 99-508, 100 Stat. 1848 ...............1, 2, 6, 7

Omnibus Crime Control and Safe Streets Act of 1968, P.L. No. 90-351, 82 Stat. 197 ...............................................................................................................................7

Wiretap Act, 18 U.S.C. § 2511(1)(c)–(d) ............................................................... passim

**RULES**

Fed. R. Civ. P. 12(b)(6) .....................................................................................................4

**OTHER AUTHORITIES**

*Disclose, Black's Law Dictionary* (12th ed. 2024) ...........................................................3

S. Rep. No. 90-1097 (1968), *as reprinted in* 1968 U.S.C.C.A.N. 2112 ..........................2

TABLE OF AUTHORITIES – iii
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## I.    INTRODUCTION

Plaintiff's Opposition to Reddit's Motion to Dismiss the Amended Complaint confirms that the Court should dismiss the Amended Complaint with prejudice. Plaintiff cannot state a claim against Reddit under the federal Wiretap Act, 18 U.S.C. § 2511(1)(c)–(d) (the "Wiretap Act") or otherwise. Plaintiff's claims are also barred by the federal Communications Decency Act, 47 U.S.C. § 230 ("CDA") and the First Amendment to the United States Constitution.

This case concerns a video of Plaintiff engaging in 20 seconds of distracted driving and causing a single-car accident. This video went viral when Defendant Jose Hernandez Arevalo allegedly posted it on Facebook, and the video was then posted by third parties on Reddit and social media sites. Plaintiff wants Reddit to remove, de-index, and monitor where the video is posted and silence discussion of Plaintiff's distracted driving accident. Because Plaintiff could not seek injunctive relief only against Reddit, Plaintiff now tries to recast Reddit as an "active architectural participant" that should be liable under the Wiretap Act. Opp. at 1, Dkt. No. 101.

Neither the law nor the allegations support Plaintiff's Wiretap Act claim against Reddit.

First, Reddit did not use or disclose the video—Plaintiff only claims that Reddit users posted the video on Reddit after it went viral on other sites and was in the public domain. Second, Reddit did not know or have reason to know the video was obtained through an allegedly unlawful interception—Plaintiff alleges no facts suggesting that Reddit would have such knowledge, and to the contrary, she alleges that users did not acknowledge the *possible* illegality of the video. Third, Plaintiff has not established that a "scream" is the contents of an oral communication for purposes of the Wiretap Act.

The allegations instead support Reddit's position that CDA immunity applies here because Plaintiff is targeting Reddit's conduct as a publisher. Plaintiff does not dispute—and therefore concedes—that Reddit meets all of the requirements for CDA immunity. Instead, Plaintiff argues only that her Wiretap Act claim falls under the CDA exemption for violations of the Electronic Communications Privacy Act of 1986 ("ECPA"). But Plaintiff claims that Reddit violated the 1968

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 1
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Wiretap Act, which addresses oral communications, not ECPA or any of its amendments, which address electronic communications. The Wiretap Act predates ECPA and its amendments by nearly two decades, and her claim therefore does not fall under the ECPA exemption.

Finally, the First Amendment also independently bars Plaintiff's claim. Plaintiff does not dispute that Reddit has a constitutionally protected right to decide which speech to allow on its platform. Instead, Plaintiff attempts to distinguish *Bartnicki v. Vopper*, 532 U.S. 514 (2001), by claiming that Reddit's algorithms somehow made it an active participant in the allegedly illegal conduct. To the contrary, Reddit cannot be liable under the Wiretap Act because (1) it played no role in the allegedly unlawful interception, (2) it obtained the recording lawfully, and (3) the allegedly intercepted information involves an issue of public concern—distracted driving on a public road and the single-car wreck that resulted.

There is no set of facts that Plaintiff can plead to overcome the deficiencies in the Amended Complaint. Accordingly, the Court should grant Reddit's Motion to Dismiss with prejudice and without leave to amend.

## II.   ARGUMENT

### A.   Plaintiff fails to allege a viable claim against Reddit.

#### 1.   Plaintiff cannot state a claim under the Wiretap Act

To state a Wiretap Act claim against Reddit, Plaintiff must allege that Reddit intentionally disclosed or used the contents of an oral communication while knowing or having reason to know that the information was obtained through an unlawful interception. 18 U.S.C. § 2511(1)(c)–(d). Plaintiff has not done so.

##### a)   Reddit did not "disclose" or "use" the already-public footage.

As Plaintiff acknowledges, the legislative history of the Wiretap Act states that disclosure of contents that have already become "public information" or "common knowledge" is not prohibited. S. Rep. No. 90-1097, at 93 (1968), *as reprinted in* 1968 U.S.C.C.A.N. 2112, 2181. Plaintiff provides no support for her assertion that to fall outside the Wiretap Act, the information

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 2
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

must have "genuinely entered the public consciousness" and not be "amplified" on an online platform, Opp. at 4, and Reddit has found none.

Plaintiff's argument that republication to a new viewer on an online platform is a "use" or "disclosure" is also unavailing. *Id.* at 4. Plaintiff points to Black's Law Dictionary to establish a "disclosure." *Id.* at 4. To "disclose" means "to make (something) known or public; to show (something) after a period of inaccessibility or of being unknown; to reveal." *Disclose*, *Black's Law Dictionary* (12th ed. 2024). But republishing an already viral recording cannot "make known" or "reveal" anything, even if new viewers see the video. Further, Plaintiff's interpretation would eviscerate the carveout for public information. Based on her understanding, no information could ever truly be public because someone might view it for the first time.

At bottom, Plaintiff's allegations confirm that the video was already public when it was posted on Reddit. Per Plaintiff, Defendant Arevalo first posted the video publicly on Facebook, where it was reshared thousands of times and viewed by millions within days. Am. Compl. § IV, F ¶¶ 1–5, Dkt. No. 59. Only then did Reddit users republish it on Reddit. *Id.* § IV, J ¶ 3 ("Within a day or two of the video's initial publication" the video was so widely distributed, Plaintiff's "personal Facebook and Instagram accounts were discovered and targeted by online trolls and harassers."); *id.* § IV, F ¶ 5 ("The video was reshared thousands of times and viewed by millions. The Reels version garnered millions of views within days."); *id.* § IV, G ¶ 1 ("Within days of Arevalo's publication to Meta's platforms, users on Reddit republished the video . . ."). For this reason alone, Plaintiff cannot state a claim under the Wiretap Act.

### b)    Plaintiff does not plausibly allege Reddit knew or should have known of the recording's illegality.

Plaintiff also does not plausibly allege that Reddit "knew or had reason to know" that the footage included a communication that was illegally intercepted. 18 U.S.C. § 2511(1)(c)–(d). Liability under the Wiretap Act for "use" or "disclosure" requires (1) knowledge that the information came from an intercepted communication; and (2) that there are sufficient facts surrounding the circumstances of the interception, such that the defendant could determine the

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 3
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

interception was prohibited. *Thompson v. Dulaney*, 970 F.2d 744, 749 (10th Cir. 1992). It is insufficient to plead that a defendant knew it disclosed information that was intercepted; it must also be pleaded that the defendant knew neither party consented. *See id.*

Plaintiff's argument that Reddit should have been on "constructive notice" that the footage was obtained unlawfully based on the context of the recording is insufficient. Opp. at 5. Plaintiff alleges that "[n]owhere in any of the news reports, *Reddit discussions*, or social media posts was there any acknowledgment of the critical fact: the video was obtained" without consent. Am. Compl. § IV, I ¶ 1 (emphasis added); *see also id.* § IV, I ¶ 2 ("Nowhere did any outlet note that the person who obtained and published the video had violated applicable privacy laws"); *id.* § IV, I ¶ 3; *id.* § IV, I ¶ 4.[1] Plaintiff only asserts that Reddit "knew *or had reason to know* of the video's *potentially unlawful* origins based on the nature and the content of the footage." Am. Compl. § V, Count XI ¶ 5 (emphasis added). The mere fact that the footage was recorded from a dashcam, however, raises no inference of illegality or lack of consent by one party. *See Thompson*, 970 F.2d at 749. Thus, her Wiretap Act claim fails for this reason, too.

---

[1] Plaintiff also introduces new facts, which should be disregarded on a motion to dismiss. *See Ayala v. Spokane Tchrs. Credit Union*, No. 24-3008, 2025 WL 1088195, at *1 (9th Cir. Apr. 11, 2025) ("We do not consider allegations outside the complaint in evaluating a motion under Rule 12(b)(6).") (citing *W. Radio Servs. Co. v. Qwest Corp.*, 678 F.3d 970, 976 (9th Cir. 2012)); *see also* Opp. at 5 (alleging for the first time that the video on Reddit included the hashtag #dashcam and that Reddit commenters discussed the recording's legality). Even considering those facts, however, a dashcam hashtag, a viral driving clip, or an interior camera angle do not put a platform on notice that the *audio* of the video came from a federal wiretap violation or that there was no consent to the recording. *See* Opp. at 5. Moreover, Plaintiff's assertion that the Reddit threads discussed illegality directly contradicts her Amended Complaint. *Compare* Opp. at 5 ("The Reddit threads themselves discussed the legality . . .") *with* Am. Compl. § IV, I ¶ 1 ("Nowhere in any of the . . . Reddit discussions. . .was there any acknowledgment . . .the video was obtained without [Plaintiff's] informed consent . . ."); *id.* § IV, I ¶ 4. Plaintiff's logic would also require this court to unreasonably impute the activity and potential knowledge of Reddit moderators, a subset of Reddit users, onto Reddit itself. *See Doe v. Reddit, Inc.*, No. SACV 21-768, 2021 WL 4348731, at *1 (C.D. Cal. July 12, 2021) (describing the role of Reddit moderators); Opp. at 5.

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 4
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

### c) Plaintiff does not allege that the posted recording contained the contents of a communication.

Finally, Plaintiff has not alleged the illegal interception of "the contents of any wire, oral, or electronic communication." 18 U.S.C. § 2511(1)(c)–(d). Plaintiff advances two theories to establish the recording contained the contents of oral communications: (1) a scream and (2) alleged speakerphone calls not included in the viral recording. Neither is sufficient.

First, an involuntary, undirected scream at the moment of an accident is not an "oral communication uttered by a person exhibiting an expectation that such communication is not subject to interception under circumstances justifying such expectation . . . ." *Id.* § 2510(2). It is not addressed to anyone. It has no intended recipient. It is not an exchange of information. Indeed, Plaintiff identifies no case holding that a one-sided, involuntary exclamation, directed to no one, is an "oral communication" under § 2510(2).[2]

Nor does a "scream" constitute the "contents" of a communication. The "content" of a communication "includes any information concerning the substance, purport, or meaning of that communication." *Id.* § 2510(8). Plaintiff does not allege she stated anything of meaning in the viral recording. Am. Compl. § IV, F ¶ 2 ("The video contained . . . her voice as she screamed in panic when the vehicle impacted the mailbox and ditch."). Plaintiff does not explain at all how an involuntary oral vocalization to no one communicates anything of meaning.

Second, Plaintiff's claim that Defendant Arevalo recorded a longer version of the footage that contained speakerphone conversations is irrelevant to Reddit. Plaintiff, in broad terms, alleges that the dashcam recorded Plaintiff's "phone conversations," "private utterances," and "all audio communications" in the vehicle. Am. Compl. § V, Count I ¶ 3. But Plaintiff does not identify any caller, call time, call duration, words spoken, or relationship between any alleged call and the specific recording later posted to Reddit. Plaintiff also does not allege that the Reddit posts

---

[2] Plaintiff's Opposition attributes a quote to Reddit which Reddit never made. *See* Opp. 6 ("Reddit's own brief concedes that 'undersigned counsel has not found a single case applying the Wiretap Act to a one-sided, audible utterance that does not have an intended audience.'"); Mot. at 10–13, Dkt. No. 88 (no such quote exists).

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 5
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

contained audio from these phone calls. That Defendant Arevalo may have obtained recordings of communications is irrelevant to the clip that Plaintiff alleges was posted on Reddit. *See* Am. Compl. § IV, B ¶ 1; § IV, F ¶ 2 (describing the clip as depicting approximately 20 seconds of distraction, the crash, Plaintiff's face and badge, and her scream).[3]

Because the *potential* existence of a longer recording has no bearing on Reddit's liability, Plaintiff's claim against Reddit must be dismissed for this reason as well.

**2.      The CDA bars Plaintiff's claim against Reddit.**

Plaintiff does not contest that CDA immunity insulates Reddit from this suit absent a statutory exemption. *See* Opp. at 8–9; *Walsh v. Nev. Dep't of Human Res.*, 471 F.3d 1033, 1037 (9th Cir. 2006) (holding that an opposition that failed to address arguments in motion to dismiss "effectively abandoned" the claim). Instead, Plaintiff devotes her CDA analysis almost exclusively to arguing that the CDA exemption for ECPA violations saves her claim. It does not.

First, as to the federal criminal law exemption, Plaintiff "acknowledges" that the "majority view" of the CDA's exemption for enforcing federal criminal statutes is limited to criminal prosecutions. Opp. at 9. She offers no clarification or citation for what the corollary minority view may be. *Id.* Nor can she, as other courts in this district have held, and the Ninth Circuit has affirmed, that private civil actions do not fall in this criminal law exception. *See, e.g.*, *Kimzey v. Yelp Inc.*, 21 F. Supp. 3d 1120, 1121 n.1 (W.D. Wash. 2014) (holding a civil RICO claim did not "fall within the narrow exceptions to CDA immunity"), *aff'd sub nom. Kimzey v. Yelp! Inc.*, 836 F.3d 1263 (9th Cir. 2016). Plaintiff effectively concedes this point by admitting Reddit's stance is the "majority view," pointing this Court to the ECPA exemption instead, and stating this Court

---

[3] Nor can Plaintiff fill that gap with the Opposition's new assertion that modern dashcams record audio by default or that the "viral video itself" proves audio was recorded "throughout the incident." Opp. at 7–8. Those facts are not pleaded in the Amended Complaint and should be disregarded. *See* Am. Compl. at 10–14, 16, 30–31. They also have no impact on Reddit's liability. Even if Arevalo's device recorded more audio than appeared in the viral clip, Reddit is liable only if Reddit intentionally disclosed or used the contents of an unlawfully intercepted communication with the required knowledge. Plaintiff does not plead that.

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 6
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

"need not reach" this exemption. Opp. at 9.

Second, as to the ECPA exemption, Plaintiff is wrong that her Wiretap Act claim arises "under" ECPA and its subsequent amendments. "It is a fundamental canon that where the 'statutory text is plain and unambiguous,' a court 'must apply the statute according to its terms.'" *Salisbury v. City of Santa Monica*, 998 F.3d 852, 858 (9th Cir. 2021) (quoting *Wheeler v. City of Santa Clara*, 894 F.3d 1046, 1054 (9th Cir. 2018)). Here, the meaning of the statutory text is plain and unambiguous. CDA immunity does not apply to actions under "the Electronic Communications Privacy Act of 1986 or any of the amendments made by such Act." *See* 47 U.S.C. § 230(e)(4). Because the claim at issue here is one under ECPA's predecessor, the federal Wiretap Act, this exemption does not apply.

Indeed, Plaintiff's claim against Reddit is premised on the disclosure or use of intercepted oral communications under the Wiretap Act. *See* Omnibus Crime Control and Safe Streets Act of 1968, P.L. No. 90-351, 82 Stat. 197 (prior to amendment). ECPA, on the other hand, which was enacted nearly two decades later, concerns only the use and disclosure of "electronic communications." *See* Electronic Communications Privacy Act of 1986, P.L. 99-508 § 101(b), 100 Stat. 1848. If Congress intended to exempt all civil Wiretap Act claims from CDA immunity, it could have said so. Instead, Congress referenced only ECPA and its amendments. 47 U.S.C. § 230(e)(4). Plaintiff's cause of action would exist today if ECPA had never been enacted.

Accordingly, Plaintiff's Wiretap Act claim does not arise "under" ECPA or its subsequent amendments. The ECPA exemption does not apply, and CDA immunity insulates Reddit from Plaintiff's claim.

### 3. The First Amendment independently bars Plaintiff's claim.

Plaintiff does not dispute that Reddit has a constitutionally protected right to decide which speech to allow on its platform under the First Amendment. *See, e.g.*, *La'Tiejira v. Facebook, Inc.*, 272 F. Supp. 3d 981, 991 (S.D. Tex. 2017) (collecting cases and holding that Facebook has a "First Amendment right to decide what to publish and what not to publish on its platform"); *see also*

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 7
(No. 2:26-cv-00284-KKE)

Opp. at 9–10. Instead, Plaintiff focuses on distinguishing *Bartnicki*, which held that the First Amendment prohibits Wiretap Act liability where three requirements were met: (1) the publisher "played no part in the illegal interception;" (2) the publisher obtained "access to the [allegedly intercepted] information" "lawfully, even though the information itself was intercepted unlawfully by someone else;" and (3) the information published was on a "matter of public concern." *Bartnicki*, 532 U.S. at 525, 528.

First, both parties agree Reddit took no part in the purported illegal interception. "Reddit . . . did not install the camera, has never produced the [dashcam], and has no personal knowledge of its settings . . . ." Opp. at 8. Plaintiff attempts to distinguish *Bartnicki* by arguing Reddit "actively curated and amplified" the content. *Id.* at 9–10. But *Bartnicki*'s requirement is that the publisher played no role "in the illegal interception;" not that the publisher was passive in all respects. *Bartnicki*, 532 U.S. at 525. Reddit's editorial decisions about how to display lawfully obtained and already-public content are the very decisions the First Amendment protects. *Id.* at 533–34 (Wiretap Act in such a situation "implicates the core purposes of the First Amendment because it imposes sanctions on the publication of truthful information of public concern.")

Second, Reddit obtained the recording lawfully through its users uploading it to Reddit's platform. Am. Compl. § III, F ¶ 2 ("After Mr. Arevalo posted the video to Meta's platforms, *users* republished the video in multiple subreddits . . . ." (emphasis added)). Even when publishers "may have had . . . reason to know [of unlawful origins]," the Supreme Court still found First Amendment protection because the broadcasters received an anonymous package, took no active steps to obtain the footage, and played no role in the interception." Opp. at 10. That is what is alleged here. *See id*. at 8; Am. Compl. § I, ¶ 4; *id.* § III, F ¶¶ 1–3; *id.* § IV, G ¶¶ 1–3; *id.* § V, Count XI ¶¶ 1–3, 5 (no allegations Reddit took part in the dashcam recording).

Third, the alleged recording depicts a matter of public concern. Plaintiff argues that because she is not a public figure, the video is not one of public concern. But that was not at issue in *Bartnicki*. Rather, it was the topic of discussion and the parties' participation in the debate which

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 8
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

was dispositive. *Bartnicki*, 532 U.S. at 518–19, 535 ("The months of negotiations over the proper level of compensation for teachers at the Wyoming Valley West High School were unquestionably a matter of public concern, and respondents were clearly engaged in debate about that concern."); *see also Smith v. Daily Mail Publ'g Co.*, 443 U.S. 97, 102 (1979) (protecting publication of a private juvenile's name which was lawfully obtained and noting that "state action to punish the publication of truthful information seldom can satisfy constitutional standards.").

The recording here is likewise on a topic of public concern in which Plaintiff participated. *See, e.g.*, *Cross v. Facebook, Inc.*, 14 Cal. App. 5th 190, 200 (2017) (finding, in the context of California's Anti-SLAPP statute, that the issue of distracted trucker driving due to sleep deprivation to be an issue of "tremendous concern" to the public). Plaintiff admits she "experienced a period of distraction" "last[ing] about twenty (20) seconds" that included "look[ing] down at her phone," so that "her attention lapsed from the road," the car "drifted off the roadway," and she "struck a roadside mailbox and a shallow ditch." Am. Compl. § IV, B ¶¶ 2–3. A recording of a car accident on a public road caused by distracted driving is an issue of public concern, particularly where it garnered "millions of views," "thousands" of shares, and was republished by "mainstream media outlets." Am. Compl. § I, ¶ 4; § III, E ¶ 2; § IV, F ¶ 5. The element is met.

Because the First Amendment prohibits liability against Reddit for its decisions about what speech to allow, and because the Supreme Court's reasoning in *Bartnicki* applies to Plaintiff's claim here, this case should be dismissed on the basis of the First Amendment alone.

**B.    Dismissal with prejudice is warranted.**

The Amended Complaint should be dismissed without leave to amend. As discussed above, Plaintiff has failed to state a Wiretap Act claim, and both the CDA and First Amendment bar Plaintiff's claim against Reddit in any event. Plaintiff cannot plead any set of facts to avoid these defects, and indeed, she has not proposed to make any changes to the Amended Complaint. Thus, dismissal with prejudice is proper. *See Diep v. Apple, Inc.*, No. 22-16514, 2024 WL 1299995, at *1

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 9
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

(9th Cir. Mar. 27, 2024) ("The district court correctly concluded that 'the immunity afforded by § 230' renders amendment futile for these five claims. Therefore, the claims were properly dismissed."); *Reaud v. Facebook Inc.*, No. 23-CV 06329, 2024 WL 4126066, at *5 (N.D. Cal. Sept. 9, 2024) ("[c]ourts generally deny leave to amend when Section 230 applies to bar claims").

### III.   CONCLUSION

For the foregoing reasons, and for the reasons stated in Reddit's Motion, the Court should grant Reddit's Motion to Dismiss and dismiss Plaintiff's Amended Complaint against Reddit with prejudice without leave to amend.

Dated: July 21, 2026

I certify that this memorandum contains 3,585 words, in compliance with the Local Civil Rules.

By:  s/ *Julie E. Schwartz*

Julie E. Schwartz, Bar No. 57888
Ryan T. Mrazik, Bar No. 40526
Olive Eisdorfer, Bar No. 63837
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Julie.Schwartz@ahurstperkins.com
Ryan.Mrazik@ashurstperkins.com
Olive.Eisdorfer@ashurstperkins.com

*Attorneys for Defendant Reddit, Inc.*

DEFENDANT REDDIT, INC.'S REPLY I/S/O
MOTION TO DISMISS AMENDED COMPLAINT
– 10
(No. 2:26-cv-00284-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000