UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.P.,<br><br>Plaintiff(s),<br>v.<br><br>JOSE HERNANDEZ AREVALO,<br><br>Defendant(s). | CASE NO. C26-284-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) Plaintiff's motion for relief from briefing deadlines (Dkt. No. 92) is now moot because the parties subsequently stipulated to an amended briefing schedule. Accordingly, the Clerk is directed to terminate the pending motion at Dkt. No. 92.

Dated this 28th day of August 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk